B22C (Official Form 22C) (Chapter 13) (01/08)

In re: **Austin, Jaimee E**
_____
Debtor(s)

Case Number: _____
(If known)

> According to the calculations required by this statement:
> ☑ **The applicable commitment period is 3 years.**
> ☐ **The applicable commitment period is 5 years.**
> ☐ **Disposable income is determined under § 1325(b)(3).**
> ☑ **Disposable income is not determined under § 1325(b)(3).**
> (Check the boxes as directed in Lines 17 and 23 of this statement.)

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.**<br><br>All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $  4,195.28 | $ |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 4 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 5 | **Interest, dividends, and royalties.** | $ | $ |
| 6 | **Pension and retirement income.** | $ | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $ | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22C (Official Form 22C) (Chapter 13) (01/08)

| | | |
|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____   Spouse $ _____ | $ ___   $ ___ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. ___ $ ___<br>b. ___ $ ___ | $ ___   $ ___ |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ **4,195.28**  $ |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ **4,195.28** |

### Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| | | |
|---|---|---|
| 12 | **Enter the amount from Line 11.** | $ **4,195.28** |
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents. Otherwise, enter zero.<br><br>a. ___ $ ___<br>b. ___ $ ___<br>c. ___ $ ___<br><br>Total and enter on Line 13. | $ ___ |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ **4,195.28** |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ **50,343.36** |
| 16 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: **Illinois**   b. Enter debtor's household size: **3** | $ **66,607.00** |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>☐ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

### Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| | | |
|---|---|---|
| 18 | **Enter the amount from Line 11.** | $ **4,195.28** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22C (Official Form 22C) (Chapter 13) (01/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
|---|---|---|
| | a. \_\_\_\_ $ \_\_\_\_ | |
| | b. \_\_\_\_ $ \_\_\_\_ | |
| | c. \_\_\_\_ $ \_\_\_\_ | |
| | Total and enter on Line 19. | $ **0.00** |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ **4,195.28** |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ **50,343.36** |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ **66,607.00** |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br>☑ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | |

### Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|
| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |
| | **Household members under 65 years of age** / **Household members 65 years of age or older**<br>a1. Allowance per member \_\_\_ a2. Allowance per member \_\_\_<br>b1. Number of members \_\_\_ b2. Number of members \_\_\_<br>c1. Subtotal \_\_\_ c2. Subtotal \_\_\_ | $ |
| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

**B22C (Official Form 22C) (Chapter 13) (01/08)**

| | |
|---|---|
| **25B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** |

| 25B | | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a |

(Line 25B result) $

| | |
|---|---|
| **26** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |

(Line 26 result) $

| | |
|---|---|
| **27A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.

Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.

☐ 0  ☐ 1  ☐ 2 or more.

If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

(Line 27A result) $

| | |
|---|---|
| **27B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

(Line 27B result) $

| | |
|---|---|
| **28** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)

☐ 1  ☐ 2 or more.

Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** |

| 28 | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

(Line 28 result) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22C (Official Form 22C) (Chapter 13) (01/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | |
| | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ |

B22C (Official Form 22C) (Chapter 13) (01/08)

| | **Subpart B: Additional Expense Deductions under § 707(b)**<br>Note: Do not include any expenses that you have listed in Lines 24-37 | |
|---|---|---|
| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 39<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22C (Official Form 22C) (Chapter 13) (01/08)

| | | |
|---|---|---|
| | **Subpart C: Deductions for Debt Payment** | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**47** — **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47.

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | |

$

**48** — **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

$

**49** — **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.**

$

**50** — **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense.

| | | |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$

**51** — **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50.

$

| | |
|---|---|
| | **Subpart D: Total Deductions from Income** |

**52** — **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51.

$

**B22C (Official Form 22C) (Chapter 13) (01/08)**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| | | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable. | |
|---|---|---|

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b, and c | $ |

| | | |
|---|---|---|
| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ |

## Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |
|---|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

## Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|---|---|

Date: **August 25, 2008**    Signature: ***/s/ Jaimee E Austin***

(Debtor)

Date: _____    Signature: _____

(Joint Debtor, if any)

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Austin, Jaimee E** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Jaimee E Hixon** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **6722** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**232 Fenwood Ln**<br>**Hillside, IL**<br>ZIPCODE **60162-1711** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☐ Chapter 11            Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☑ Chapter 13            Recognition of a Foreign<br>                                  Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☑ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (1/08)                                                                                                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Austin, Jaimee E** |
|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **NDIL** | Case Number: **02-48398** | Date Filed: **12-09-2002** |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  /s/ Derek Lofland                              8/25/08<br>　　Signature of Attorney for Debtor(s)                     Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

　　☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

　　☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

　　☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

　　☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

　　☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

　　☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

　　☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                      Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Austin, Jaimee E**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jaimee E Austin**
_____     **Jaimee E Austin**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 25, 2008**
_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| | |
|---|---|
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |

X **/s/ Derek Lofland**
_____
Signature of Attorney for Debtor(s)

**Derek Lofland 6280490**
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
Firm Name

**77 W Washington, Ste 1218**
Address

**Chicago, IL  60602**

**(312) 578-9530**
Telephone Number

**August 25, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                              Case No. _____

Austin, Jaimee E _____        Chapter __13__

                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Jaimee E Austin*** _____

Date: **August 25, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

---

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Austin, Jaimee E**
Printed Name(s) of Debtor(s)

**X** */s/ Jaimee E Austin*                    **8/25/2008**
Signature of Debtor                          Date

Case No. (if known) _____

**X** _____
Signature of Joint Debtor (if any)          Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                  Case No. _____

Austin, Jaimee E                                                        Chapter **13**
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 8,025.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 10,107.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 24,167.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 3,452.86 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,052.00 |
| TOTAL | | 19 | $ 8,025.00 | $ 34,274.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Austin, Jaimee E                                                     Chapter **13** _____

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **3,452.86** |
| Average Expenses (from Schedule J, Line 18) | $ | **3,052.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **4,195.28** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **3,607.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **24,167.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **27,774.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Austin, Jaimee E** _____    Case No. _____
                    Debtor(s)                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Austin, Jaimee E**
_____
Debtor(s)                                              Case No. _____
                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | | **50.00** |
| | | **Checking & Savings Account w/ Illinois CU** | | **50.00** |
| | | **Checking Account w/ Chase** | | **25.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit w/ Landlord - $3200.00 - No value to Debtor** | | **0.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc Household Goods** | | **950.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, Cds, DVDs, and other Collectibles** | | **150.00** |
| 6. Wearing apparel. | | **Used Clothing** | | **250.00** |
| 7. Furs and jewelry. | | **Misc Costume Jewelry** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life - through work - No cash surrender value** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Austin, Jaimee E**_____    Case No. _____

　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 GMC Yukon** | | **6,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Austin, Jaimee E**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 8,025.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Austin, Jaimee E**

Debtor(s)                                                        Case No. _____

                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | 50.00 | 50.00 |
| **Checking & Savings Account w/ Illinois CU** | **735 ILCS 5 §12-1001(b)** | 50.00 | 50.00 |
| **Checking Account w/ Chase** | **735 ILCS 5 §12-1001(b)** | 25.00 | 25.00 |
| **Misc Household Goods** | **735 ILCS 5 §12-1001(b)** | 950.00 | 950.00 |
| **Books, Pictures, Cds, DVDs, and other Collectibles** | **735 ILCS 5 §12-1001(b)** | 150.00 | 150.00 |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | 250.00 | 250.00 |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | 50.00 | 50.00 |
| **2000 GMC Yukon** | **735 ILCS 5 §12-1001(c)** | 2,400.00 | 6,500.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE <u>Austin, Jaimee E</u>                                                   Case No. _____
                        Debtor(s)                                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **528500279162**<br><br>**Chase Auto**<br>**201 N Central Ave Fl 11**<br>**Phoenix, AZ  85004-0073** | | **H** | **Installment account opened 10/07**<br><br><br>VALUE $ **6,500.00** | | | | **10,107.00** | **3,607.00** |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $  **10,107.00** | $  **3,607.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $  **10,107.00** | $  **3,607.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Austin, Jaimee E _____    Case No. _____
                                        Debtor(s)                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Austin, Jaimee E** _____    Case No. _____
                                    Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Hixj527**<br><br>**Global Payments Inc**<br>**PO Box 59371**<br>**Chicago, IL  60659-0371** | | H | **Unknown account opened 10/06** | | | | **1,825.00** |
| ACCOUNT NO. **200755421**<br><br>**Great American Finance**<br>**205 W Wacker Dr**<br>**Chicago, IL  60606-1216** | | H | **Installment account opened 12/07** | | | | **540.00** |
| ACCOUNT NO.<br><br>**Hollywood Video** | | H | | | | | **95.00** |
| ACCOUNT NO.<br><br>**Crd Prt Asso**<br>**PO Box 802068**<br>**Dallas, TX  75380-2068** | | | **Assignee or other notification for:**<br>**Hollywood Video** | | | | |

_____ **6** continuation sheets attached

| | Subtotal (Total of this page) | $ **2,460.00** |
|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Austin, Jaimee E**                                                    Case No. _____
            Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6379000801060591**<br>**Lewmag/soa**<br>**421 Landmark Dr.**<br>**Wilmington, NC  28410-0001** | | H | **Revolving account opened 12/05** | | | | **188.00** |
| ACCOUNT NO.<br>**Loyola University Health Sys.** | | H | **Open account opened 10/05** | | | | **3,662.00** |
| ACCOUNT NO.<br>**Nationwide Credit  And  Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL  60154-2771** | | | **Assignee or other notification for:**<br>**Loyola University Health Sys.** | | | | |
| ACCOUNT NO.<br>**Loyola University Health Sys.** | | H | **Open account opened 8/05** | | | | **2,854.00** |
| ACCOUNT NO.<br>**Nationwide Credit  And  Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL  60154-2771** | | | **Assignee or other notification for:**<br>**Loyola University Health Sys.** | | | | |
| ACCOUNT NO.<br>**Loyola University Health Sys.** | | H | **Open account opened 8/04** | | | | **733.00** |
| ACCOUNT NO.<br>**Nationwide Credit  And  Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL  60154-2771** | | | **Assignee or other notification for:**<br>**Loyola University Health Sys.** | | | | |

Sheet no. **1** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,437.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Austin, Jaimee E**

     Debtor(s)           Case No. _____

                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Loyola University Health Sys.** | | H | **Open account opened 8/04** | | | | **733.00** |
| ACCOUNT NO.<br><br>**Nationwide Credit  And  Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL  60154-2771** | | | **Assignee or other notification for:**<br>**Loyola University Health Sys.** | | | | |
| ACCOUNT NO.<br><br>**Loyola University Health Sys.** | | H | **Open account opened 11/04** | | | | **733.00** |
| ACCOUNT NO.<br><br>**Nationwide Credit  And  Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL  60154-2771** | | | **Assignee or other notification for:**<br>**Loyola University Health Sys.** | | | | |
| ACCOUNT NO.<br><br>**Loyola University Health Sys.** | | H | **Open account opened 11/04** | | | | **733.00** |
| ACCOUNT NO.<br><br>**Nationwide Credit  And  Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL  60154-2771** | | | **Assignee or other notification for:**<br>**Loyola University Health Sys.** | | | | |
| ACCOUNT NO.<br><br>**Loyola University Health Sys.** | | H | **Open account opened 4/07** | | | | **631.00** |

Sheet no. **2** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
        (Total of this page) $ **2,830.00**

             Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Austin, Jaimee E** _____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nationwide Credit And Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL 60154-2771** | | | Assignee or other notification for:<br>Loyola University Health Sys. | | | | |
| ACCOUNT NO.<br>**Loyola University Health Sys.** | | H | Open account opened 3/05 | | | | **240.00** |
| ACCOUNT NO.<br>**Nationwide Credit And Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL 60154-2771** | | | Assignee or other notification for:<br>Loyola University Health Sys. | | | | |
| ACCOUNT NO.<br>**Loyola University Health Sys.** | | H | Open account opened 1/05 | | | | **240.00** |
| ACCOUNT NO.<br>**Nationwide Credit And Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL 60154-2771** | | | Assignee or other notification for:<br>Loyola University Health Sys. | | | | |
| ACCOUNT NO.<br>**Loyola University Health Sys.** | | H | Open account opened 8/05 | | | | **160.00** |
| ACCOUNT NO.<br>**Nationwide Credit And Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL 60154-2771** | | | Assignee or other notification for:<br>Loyola University Health Sys. | | | | |

Sheet no. **3** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **640.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Austin, Jaimee E**                                                     Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Loyola University Health Sys.** | | H | **Open account opened 8/04** | | | | **61.00** |
| ACCOUNT NO.<br><br>**Nationwide Credit And Co**<br>**9919 W Roosevelt Rd Ste 101**<br>**Westchester, IL  60154-2771** | | | **Assignee or other notification for:**<br>**Loyola University Health Sys.** | | | | |
| ACCOUNT NO.<br><br>**Loyola University Phy Ns Found** | | H | **Open account opened 9/05** | | | | **3,073.00** |
| ACCOUNT NO.<br><br>**Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL  60477-9220** | | | **Assignee or other notification for:**<br>**Loyola University Phy Ns Found** | | | | |
| ACCOUNT NO.<br><br>**Loyola University Phy Ns Found** | | H | **Open account opened 9/05** | | | | **468.00** |
| ACCOUNT NO.<br><br>**Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL  60477-9220** | | | **Assignee or other notification for:**<br>**Loyola University Phy Ns Found** | | | | |
| ACCOUNT NO.<br><br>**Loyola University Phy Ns Found** | | H | **Open account opened 9/05** | | | | **369.00** |

Sheet no. ___**4**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,971.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Austin, Jaimee E**                                                Case No. _____
_____                                              _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL  60477-9220** | | | Assignee or other notification for:<br>**Loyola University Phy Ns Found** | | | | |
| ACCOUNT NO. <br><br>**Loyola University Phy Ns Found** | | H | **Open account opened 12/04** | | | | 284.00 |
| ACCOUNT NO. <br><br>**Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL  60477-9220** | | | Assignee or other notification for:<br>**Loyola University Phy Ns Found** | | | | |
| ACCOUNT NO. <br><br>**Loyola University Phy Ns Found** | | H | **Open account opened 4/08** | | | | 234.00 |
| ACCOUNT NO. <br><br>**Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL  60477-9220** | | | Assignee or other notification for:<br>**Loyola University Phy Ns Found** | | | | |
| ACCOUNT NO. <br><br>**Loyola University Phy Ns Found** | | H | **Open account opened 4/08** | | | | 145.00 |
| ACCOUNT NO. <br><br>**Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL  60477-9220** | | | Assignee or other notification for:<br>**Loyola University Phy Ns Found** | | | | |

Sheet no. __**5**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **663.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Austin, Jaimee E**

Debtor(s)                                                  Case No. _____

                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Loyola University Phy Ns Found** | | H | Open account opened 3/07 | | | | 115.00 |
| ACCOUNT NO.<br>**Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL  60477-9220** | | | Assignee or other notification for:<br>Loyola University Phy Ns Found | | | | |
| ACCOUNT NO. **856288495655o**<br>**Midnight Velvet**<br>**1112 7th Ave**<br>**Monroe, WI  53566-1364** | | H | Revolving account opened 8/05 | | | | 1,217.00 |
| ACCOUNT NO. **Hix**<br>**Ndc Ck Svc**<br>**PO Box 59371**<br>**Chicago, IL  60659-0371** | | H | Open account opened 10/06 | | | | 1,825.00 |
| ACCOUNT NO. **22450**<br>**The SC At 900 North Michigan**<br>**LBX 619752**<br>**PO Box 6197**<br>**Chicago, IL  60680-6197** | | | Medical/ Dental Bill | | | | 3,009.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**6**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **6,166.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $    **24,167.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Austin, Jaimee E
_____
Debtor(s)                                      Case No. _____
                                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE __Austin, Jaimee E__ _____    Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE Austin, Jaimee E _____    Case No. _____
         Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Foster Child**<br>**Foster Child** | AGE(S):<br>**11**<br>**8** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ASSP** | |
| Name of Employer | **Riveredge Hospital** | |
| How long employed | **2 years** | |
| Address of Employer | **8311 Roosevelt Rd**<br>**Forest Park, IL  60130-2529** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 3,620.93 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 3,620.93 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 565.52 | $ |
| b. Insurance | $ 439.48 | $ |
| c. Union dues | $ | $ |
| d. Other (specify)     **See Schedule Attached** | $ 63.07 | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,068.07 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,552.86 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance | | |
| (Specify) **Foster Child State Income** | $ 900.00 | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income | | |
| (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 900.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 3,452.86 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 3,452.86

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Austin, Jaimee E _____    Case No. _____
Debtor(s)

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
#### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: |  |  |
| **Critical Illness** | **25.83** |  |
| **Ltd** | **12.50** |  |
| **Std** | **24.74** |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Austin, Jaimee E</u>                                    Case No. _____
<div style="text-align:center">Debtor(s)                                                          (If known)</div>

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,650.00 |
|     a. Are real estate taxes included?    Yes ____ No ✓ | |
|     b. Is property insurance included?  Yes ____ No ✓ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 117.00 |
|     b. Water and sewer | $ 45.00 |
|     c. Telephone | $ 95.00 |
|     d. Other   **Cell Phone** | $ 50.00 |
|            **Cable And Internet** | $ 75.00 |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 35.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ 35.00 |
|     e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other   **Child Care** | $ 300.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 3,052.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 3,452.86 |
|     b. Average monthly expenses from Line 18 above | $ 3,052.00 |
|     c. Monthly net income (a. minus b.) | $ 400.86 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE  Austin, Jaimee E                                                                    Case No. _____
_____
                    Debtor(s)                                                                   (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 25, 2008** _____        Signature: **/s/ Jaimee E Austin** _____
                                                                     **Jaimee E Austin**                                           Debtor

Date: _____        Signature: _____
                                                                                                                  (Joint Debtor, if any)
                                                                                      [If joint case, both spouses must sign.]

─────────────────────────────────────────────────────────────────────────────

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

─────────────────────────────────────────────────────────────────────────────

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                                     _____
                                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                   Case No. _____

Austin, Jaimee E                                                                     Chapter **13**
_____
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 25,726.00 | 2006 income from employment |
| 45,469.00 | 2007 income from employment |
| 3,620.93 | 2008 income from employment (monthly) |

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Loyola University v. Debtor 06 M1 174944** | **Collection** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Loyola University Health Systems Patient Financial Services 2160 S 1st Ave Maywood, IL  60153-3328** | **2008** | **$200.00 in wages** |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **8/22/2008** | |

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **525 S 25th Ave, Apt 1, Bellwood, IL 60104** | **Same** | **Moved 03/2007** |

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 25, 2008** _____      Signature  */s/ Jaimee E Austin*
                                            of Debtor
                                                                                    **Jaimee E Austin**

Date: _____      Signature _____
                                            of Joint Debtor
                                            (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                           Case No. _____

Austin, Jaimee E _____   Chapter **13** _____

                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **12**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 25, 2008** _____   */s/ Jaimee E Austin* _____
                                          Debtor

                                          _____
                                          Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Austin, Jaimee E                                                     Chapter **13** _____
_____
                    Debtor(s)

## RIGHTS AND RESPONSIBILITIES AGREEMENT
## BETWEEN CHAPTER 13 DEBTORS AND THEIR ATTORNEYS
### (Model Retention Agreement, revised as of May 1, 2007)

Chapter 13 gives debtors important rights, such as the right to keep property that could otherwise be lost through repossession or foreclosure—but Chapter 13 also puts burdens on debtors, such as the burden of making complete and truthful disclosures of their financial situation. It is important for debtors who file a Chapter 13 bankruptcy case to understand their rights and responsibilities in bankruptcy. In this connection, the advice of an attorney is often crucial. Debtors are entitled to certain services from by their attorneys, but debtors also have responsibilities to their attorneys. In order to assure that debtors and their attorneys understand their rights and responsibilities in the Chapter 13 process, the judges of the Bankruptcy Court for the Northern District of Illinois have approved the following agreement, setting out the rights and responsibilities of both debtors in Chapter 13 and their attorneys. By signing this agreement, debtors and their attorneys accept these responsibilities.

### *BEFORE THE CASE IS FILED*

#### THE DEBTOR AGREES TO:

1. Discuss with the attorney the debtor's objectives in filing the case.

2. Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income.

#### THE ATTORNEY AGREES TO:

1. Personally counsel the debtor regarding the advisability of filing either a Chapter 13 or a Chapter 7 case, discuss both procedures (as well as non-bankruptcy options) with the debtor, and answer the debtor's questions.

2. Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy rule and explain how and when the attorney's fees and the trustee's fees are determined and paid.

3. Personally review with the debtor and sign the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later. (The schedules may be initially prepared with the help of clerical or paralegal staff of the attorney's office, but personal attention of the attorney is required for the review and signing.)

4. Timely prepare and file the debtor's petition, plan, statements, and schedules.

5. Explain to the debtor how, when, and where to make all necessary payments, including both payments that must be made directly to creditors and payments that must be made to the Chapter 13 trustee, with particular attention to housing and vehicle payments.

6. Advise the debtor of the need to maintain appropriate insurance.

### *AFTER THE CASE IS FILED*

#### THE DEBTOR AGREES TO:

1. Make the required payments to the trustee and to whatever creditors are being paid directly, or, if required payments cannot be made, to notify the attorney immediately.

2. Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card. (If the identification card does not include the debtor's social security number, the debtor will also

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

bring to the meeting a social security card.) The debtor must be present in time for check-in and when the case is called for the actual examination.

3. Notify the attorney of any change in the debtor's address or telephone number.

4. Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

5. Contact the attorney immediately if the debtor loses employment, has a significant change in income, or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings, or an inheritance).

6. Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

7. Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

8. Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

9. Supply the attorney with copies of all tax returns filed while the case is pending.


THE ATTORNEY AGREES TO:

1. Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time, and place of the meeting.

2. Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3. Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination) and, unless excused by the trustee, for the confirmation hearing.

4. If the attorney will be employing another attorney to attend the 341meeting or any court hearing, personally explain to the debtor in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5. Timely submit to the Chapter 13 trustee properly documented proof of income for the debtor, including business reports for self-employed debtors.

6. Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

7. Timely prepare, file, and serve any necessary statements, amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8. Monitor all incoming case information (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and 6-month status reports) for accuracy and completeness. Contact the trustee promptly regarding any discrepancies.

9. Be available to respond to the debtor's questions throughout the term of the plan.

10. Prepare, file, and serve timely modifications to the plan after confirmation, when necessary, including modifications to suspend, lower, or increase plan payments.

11. Prepare, file, and serve necessary motions to buy or sell property and to incur debt.

12. Object to improper or invalid claims.

13. Timely respond to the Chapter 13 trustee's motions to dismiss the case, such as for payment default, or unfeasibility, and to motions to increase the percentage payment to unsecured creditors.

14. Timely respond to motions for relief from stay.

15. Prepare, file, and serve all appropriate motions to avoid liens.

16. Provide any other legal services necessary for the administration of the case.

17. In the event that the case is converted to Chapter 7, provide any other legal services which may be necessary consistent with the attorney's responsibilities under Local Bankruptcy Rule 2090-5, with such additional fees as may be appropriate.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES*

1. Any attorney retained to represent a debtor in a Chapter 13 case is responsible for representing the debtor on all matters arising in the case unless otherwise ordered by the court. For all of the services outlined above, the attorney will be paid a fee of

$ _____**3,500.00**___ .

In extraordinary circumstances, such as extended evidentiary hearings or appeals, the attorney may apply to the court for additional compensation for these services. Any such application must be accompanied by an itemization of the services rendered, showing the date, the time expended, and the identity of the attorney performing the services. The debtor must be served with a copy of the application and notified of the right to appear in court to object.

2. *Early termination of the case.* Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3. *Retainers.* The attorney may receive a retainer or other payment before filing the case, but may not receive fees directly from the debtor after the filing of the case. In any application for fees, whether or not requiring an itemization, the attorney shall disclose to the court any fees paid by the debtor prior to the case filing.

4. *Improper conduct by the attorney.* If the debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

5. *Improper conduct by the debtor.* If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

6. *Discharge of the attorney.* The debtor may discharge the attorney at any time.

Date: **August 25, 2008**_____

Signed:

*/s/ Jaimee E Austin*_____
Debtor

_____        */s/ Derek Lofland*_____
Joint Debtor                  Attorney

*Do not sign if the fee amount at top of this page is blank.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Austin, Jaimee E
232 Fenwood Ln
Hillside, IL  60162-1711

Ndc Ck Svc
PO Box 59371
Chicago, IL  60659-0371

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Talan & Ktsanes
300 W Adams St Ste 840
Chicago, IL  60606-5109

Chase Auto
201 N Central Ave Fl 11
Phoenix, AZ  85004-0073

The SC At 900 North Michigan
LBX 619752
PO Box 6197
Chicago, IL  60680-6197

Crd Prt Asso
PO Box 802068
Dallas, TX  75380-2068

Wachovia Education Fin
PO Box 3117
Winston Salem, NC  27102-3117

Global Payments Inc
PO Box 59371
Chicago, IL  60659-0371

Great American Finance
205 W Wacker Dr
Chicago, IL  60606-1216

Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL  60477-9220

Lewmag/soa
421 Landmark Dr.
Wilmington, NC  28410-0001

Midnight Velvet
1112 7th Ave
Monroe, WI  53566-1364

Nationwide Credit  And  Co
9919 W Roosevelt Rd Ste 101
Westchester, IL  60154-2771

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

CHECK NO:      000000000
CHECK DATE:    12/7/2007
PERIOD ENDING  12/1/2007

JAIMEE E. HIXSON-AUSTIN
1527 BALMORAL AVE.
WESTCHESTER, IL 60154

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 806

| | STATUS | EXEMPT | TAX ADJUSTMENTS | |
|---|---|---|---|---|
| FED: | M | 2 | FED: | ST: |
| ST1: | M | 2 | DI/UC: | |
| ST2: | | | LOCAL: | |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 31.20 | 0.00 | 0.00 |
| Holiday Worked | 8.20 | 248.00 | 438.00 |
| HOLWK Evening | 8.20 | 8.20 | 0.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 24.20 |
| Miscellaneous | 0.00 | 0.00 | 183.60 |
| T Straight Ra | 15.10 | 302.00 | 7389.20 |
| TSTR Evening | 0.50 | 0.90 | 0.00 |
| TSTR Shift YT | 0.00 | 0.00 | 1132.40 |
| TSTR Weekend | 10.80 | 21.20 | 0.00 |
| TSTR Weekend | 4.60 | 8.00 | 0.00 |
| Overtime Coeff | 15.10 | 160.87 | 4159.64 |
| Paid Time Off | 14.50 | 290.00 | 2005.20 |
| EG   Evening | 40.40 | 40.40 | 0.00 |
| EG   Night Sh | 6.80 | 6.80 | 0.00 |
| EG   Shift YT | 0.00 | 0.00 | 3188.75 |
| EG   Weekend | 9.20 | 18.40 | 0.00 |
| EG   Weekend | 0.90 | 1.80 | 0.00 |
| Regular | 57.30 | 1148.00 | 28765.20 |
| **TOTAL H/E** | **222.00** | **2249.97** | **47266.19** |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 191.56 | 4006.20 |
| Employee Me | 29.63 | 631.38 |
| Social Secu | 126.67 | 2699.96 |
| IL State In | 56.68 | 1218.58 |
| **Total Tax** | **404.54** | **8555.80** |

## SPECIAL INFORMATION

| | |
|---|---|
| ESL | 64.54 |
| PTO | 36.10 |

### PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 372.78 |
| PO Med 0050 | 181.58 | 3268.62 |
| Vision | 4.55 | 81.90 |
| **Total Pre-Tax:** | **206.85** | **3723.30** |

### AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 252.72 |
| Critical Ill | 11.92 | 214.56 |
| Life Spouse | 1.54 | 24.64 |
| LTD | 5.77 | 75.77 |
| Misc Deducti | 0.00 | 50.00 |
| STD | 11.42 | 205.56 |
| **Total Ded:** | **44.69** | **823.25** |

### DIRECT DEPOSIT

| | |
|---|---|
| S1009 | 245.00 |
| C0876 | 1348.89 |
| **Total Dir Dep** | **1593.89** |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2249.97 | 206.85 | 2043.12 | 404.54 | 44.69 | 1593.89 |
| Y-T-D | 47266.19 | 3723.30 | 43542.89 | 8555.80 | 823.25 | 34183.84 |

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 12/7/2007      ADVICE NO: 000000000

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW*
*THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

JAIMEE E. HIXSON-AUSTIN
1527 BALMORAL AVE.
WESTCHESTER, IL 60154

NOT NEGOTIABLE

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 000000000 |
| CHECK DATE: | 12/21/2007 |
| PERIOD ENDING | 12/15/2007 |

JAIMEE E. HIXSON-AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 806

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | M | 2 | FED: ST: |
| ST1: | M | 2 | DI/UC: |
| ST2: | | | LOCAL: |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 80.90 | 0.00 | 0.00 |
| Holiday Worked | 0.00 | 0.00 | 438.00 |
| OLWK Shift YT | 0.00 | 0.00 | 24.20 |
| Miscellaneous | 0.00 | 0.00 | 183.60 |
| OT Straight Ra | 21.00 | 420.00 | 7808.20 |
| TSTR Evening | 13.30 | 13.30 | 0.00 |
| TSTR Shift YT | 0.00 | 0.00 | 1181.10 |
| TSTR Weekend | 0.40 | 0.80 | 0.00 |
| TSTR Weekend | 7.30 | 14.80 | 0.00 |
| Overtime Coeff | 21.00 | 219.31 | 4378.95 |
| Paid Time Off | 52.00 | 640.30 | 2848.30 |
| REG  Evening | 12.00 | 12.00 | 0.00 |
| REG  Night Sh | 9.70 | 9.70 | 0.00 |
| REG  Shift YT | 0.00 | 0.00 | 3214.15 |
| REG  Weekend | 3.70 | 3.70 | 0.00 |
| Regular | 40.00 | 800.00 | 29585.20 |
| **TOTAL H/E** | **221.30** | **2133.41** | **49399.80** |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 174.08 | 4180.28 |
| Employee Me | 27.94 | 659.20 |
| Social Secu | 119.45 | 2819.11 |
| IL State In | 53.18 | 1271.76 |
| **Total Tax** | **374.65** | **8930.45** |

## SPECIAL INFORMATION

| | |
|---|---|
| ESL | 67.31 |
| PTO | 10.87 |

### PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 393.49 |
| 890 Med 0050 | 181.59 | 3450.21 |
| Pension | 4.55 | 86.45 |
| **Total Pre-Tax:** | **206.85** | **3930.15** |

### AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 266.76 |
| Critical Ill | 11.92 | 226.48 |
| Life Spouse | 1.54 | 26.18 |
| LTD | 5.77 | 81.54 |
| Misc Deducti | 0.00 | 50.00 |
| STD | 11.42 | 216.98 |
| **Total Ded:** | **44.69** | **887.94** |

### DIRECT DEPOSIT

| | |
|---|---|
| S1009 | 245.00 |
| C0876 | 1262.22 |
| **Total Dir Dep** | **1507.22** |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2133.41 | 206.85 | 1926.56 | 374.65 | 44.69 | 1507.22 |
| Y-T-D | 49399.80 | 3930.15 | 45469.45 | 8930.45 | 887.94 | 35671.06 |

---

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 12/21/2007    ADVICE NO: 000000000

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JAIMEE E. HIXSON-AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

NOT NEGOTIABLE

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

CHECK NO:   000000000
CHECK DATE:   1/18/2008
PERIOD ENDING   1/12/2008

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 806

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | M | 2 | FED:   ST: |
| ST1: | M | 2 | DI/UC: |
| ST2: | | | LOCAL: |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 80.50 | 161.00 | 161.00 |
| Holiday Worked | 15.20 | 456.00 | 699.00 |
| HOLWK Evening | 8.30 | 8.30 | 0.00 |
| HOLWK Night Sh | 6.90 | 6.90 | 0.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 |
| OT Straight Ra | 15.00 | 300.00 | 950.40 |
| OTSTR Evening | 5.20 | 5.20 | 0.00 |
| OTSTR Shift YT | 0.00 | 0.00 | 57.50 |
| OTSTR Weekend | 9.80 | 19.60 | 0.00 |
| Overtime Coeff | 16.90 | 137.94 | 563.66 |
| REG   Evening | 50.95 | 50.95 | 0.00 |
| REG   Shift YT | 0.00 | 0.00 | 132.80 |
| REG   Weekend | 3.00 | 6.00 | 0.00 |
| REG   Weekend | 2.20 | 4.40 | 0.00 |
| Regular | 64.80 | 1296.00 | 2734.00 |
| | | | |
| TOTAL H/E | 276.85 | 2502.29 | 5324.88 |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 227.87 | 503.78 |
| Employee Me | 33.28 | 71.21 |
| Social Secu | 142.32 | 304.48 |
| IL State In | 84.25 | 138.10 |
| | | |
| Total Tax | 487.72 | 1017.55 |

## SPECIAL INFORMATION

| | |
|---|---|
| ESL | 72.85 |
| PTO | 24.41 |

## PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 41.42 |
| PPO Med 0050 | 181.59 | 363.18 |
| Vision | 4.55 | 9.10 |
| | | |
| Total Pre-Tax: | 206.85 | 413.70 |

## AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 28.08 |
| Critical Ill | 11.92 | 23.84 |
| Life Spouse | 1.54 | 3.08 |
| LTD | 5.77 | 11.54 |
| STD | 11.42 | 22.84 |
| | | |
| Total Ded: | 44.69 | 89.38 |

## DIRECT DEPOSIT

| | |
|---|---|
| S1009 | 245.00 |
| C0878 | 1538.03 |
| | |
| Total Dir Dep | 1783.03 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2502.29 | 206.85 | 2295.44 | 487.72 | 44.69 | 1783.03 |
| Y-T-D | 5324.88 | 413.70 | 4910.98 | 1017.55 | 89.38 | 3804.05 |

Statement Of Earnings

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 1/18/2008    ADVICE NO: 000000000

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

NOT NEGOTIABLE

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

CHECK NO:  000000000
CHECK DATE:  2/1/2008
PERIOD ENDING  1/26/2008

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 806

| | STATUS | EXEMPT | TAX ADJUSTMENTS | |
|---|---|---|---|---|
| FED: | M | 2 | FED: | ST: |
| ST1: | M | 2 | DI/UC: | |
| ST2: | | | LOCAL: | |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 90.80 | 0.00 | 161.00 |
| Holiday Worked | 0.00 | 0.00 | 699.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 |
| OT Straight Ra | 22.10 | 442.00 | 1392.40 |
| OTSTR Evening | 8.00 | 8.00 | 0.00 |
| OTSTR Shift YT | 0.00 | 0.00 | 86.00 |
| OTSTR Weekend | 8.30 | 8.30 | 0.00 |
| OTSTR Weekend | 3.00 | 6.00 | 0.00 |
| OTSTR Weekend | 4.10 | 8.20 | 0.00 |
| Overtime Coeff | 22.10 | 231.30 | 787.98 |
| REG- Evening | 51.30 | 51.30 | 0.00 |
| REG Night Sh | 14.80 | 14.80 | 0.00 |
| REG Shift YT | 0.00 | 0.00 | 225.40 |
| REG Weekend | 0.90 | 0.90 | 0.00 |
| REG Weekend | 8.20 | 24.60 | 0.00 |
| REG Weekend | 0.30 | 0.90 | 0.00 |
| Regular | 80.00 | 1567.20 | 4301.20 |
| **TOTAL H/E** | **312.30** | **2361.60** | **7686.28** |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 206.77 | 710.53 |
| Employee Me | 31.24 | 102.48 |
| Social Secu | 133.59 | 438.07 |
| IL State In | 60.03 | 198.13 |
| **Total Tax** | **431.63** | **1449.18** |

## SPECIAL INFORMATION

| | |
|---|---|
| ESL | 75.61 |
| PTO | 31.18 |

## PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 62.13 |
| PPO Med 0050 | 181.59 | 544.77 |
| Vision | 4.55 | 13.65 |
| **Total Pre-Tax:** | **206.85** | **620.55** |

## AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 42.12 |
| Critical Ill | 11.92 | 35.76 |
| Life Spouse | 1.54 | 4.62 |
| LTD | 5.77 | 17.31 |
| STD | 11.42 | 34.26 |
| **Total Ded:** | **44.69** | **134.07** |

## DIRECT DEPOSIT

| | |
|---|---|
| S1009 | 245.00 |
| C0876 | 1433.43 |
| **Total Dir Dep** | **1678.43** |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2361.60 | 206.85 | 2154.75 | 431.63 | 44.69 | 1678.43 |
| Y-T-D | 7686.28 | 620.55 | 7065.73 | 1449.18 | 134.07 | 5482.48 |

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 2/1/2008     ADVICE NO: 000000000

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

NOT NEGOTIABLE

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

| CHECK NO: | 005001050 |
|---|---|
| CHECK DATE: | 2/15/2008 |
| PERIOD ENDING | 2/9/2008 |

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 806

|  | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | M | 2 | FED: |
| ST1: | M | | ST: |
| ST2: | M | 2 | DI/UC: |
| | | | LOCAL: |

**IMPORTANT MESSAGE**

**HOURS AND EARNINGS**

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 88.40 | 0.00 | 161.00 |
| Holiday Worked | 0.00 | 0.00 | 699.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 |
| OT Straight Ra | 24.50 | 490.00 | 1882.40 |
| OTSTR Evening | 2.90 | 2.90 | |
| OTSTR Shift YT | 0.00 | 0.00 | 132.10 |
| OTSTR Weekend | 6.00 | 12.00 | 0.00 |
| OTSTR Weekend | 15.60 | 31.20 | 0.00 |
| Overtime Coeff | 24.50 | 259.60 | |
| REG   Evening | 62.90 | 62.90 | 1057.58 |
| REG   Shift YT | 0.00 | 0.00 | 0.00 |
| REG   Weekend | 18.10 | 40.10 | 328.40 |
| Regular | 80.00 | 1568.40 | 0.00 |
| | | | 5869.60 |

**TAXES**

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 222.60 | 933.13 |
| Employee Me | 32.77 | 135.22 |
| Social Secu | 140.14 | 578.21 |
| IL State In | 63.19 | 261.32 |

**SPECIAL INFORMATION**

ESL   78.38
PTO   37.95

| TOTAL H/E | 320.90 | 2467.10 | 10153.38 | Total Tax | 458.70 | 1907.88 |
|---|---|---|---|---|---|---|

**PRE-TAX DEDUCTIONS**

| Dental Ins | 20.71 | 82.84 |
|---|---|---|
| PPO Med 0050 | 181.59 | 726.36 |
| Vision | 4.55 | 18.20 |

**AFTER-TAX DEDUCTIONS**

| Accident Ins | 14.04 | 56.16 |
|---|---|---|
| Critical Ill | 11.92 | 47.68 |
| Life Spouse | 1.54 | 6.16 |
| LTD | 5.77 | 23.08 |
| STD | 11.42 | 45.68 |

**DIRECT DEPOSIT**

S 1009   245.00

| Total Pre-Tax: | 208.85 | 827.40 | Total Ded: | 44.69 | 178.76 | Total Dir Dep | 245.00 |
|---|---|---|---|---|---|---|---|

| EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|
| CURRENT | 2467.10 | 208.85 | 2260.25 | 458.70 | 44.69 | 1756.86 |
| Y-T-D | 10153.38 | 827.40 | 9325.98 | 1907.88 | 178.76 | 7229.34 |

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

CHECK NO:        005001136
CHECK DATE:      2/29/2008
PERIOD ENDING 2/23/2008

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037181
PAY RATE:  20.00
DEPARTMENT: 806

STATUS  EXEMPT  TAX ADJUSTMENTS
FED:  M    2     FED:       ST:
ST1:  M    2     DI/UC:
ST2:             LOCAL:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 8.20 | 0.00 | 181.00 |
| Holiday Worked | 0.00 | 0.00 | 699.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 |
| OT Straight Ra | 51.80 | 1036.00 | |
| OTSTR Evening | 15.40 | 15.40 | 2918.40 |
| OTSTR Night Sh | 26.30 | 26.30 | 0.00 |
| OTSTR Shift YT | 0.00 | 0.00 | 0.00 |
| OTSTR Weekend | 3.10 | 3.10 | 190.90 |
| OTSTR Weekend | 3.00 | 8.00 | 0.00 |
| OTSTR Weekend | 4.00 | 8.00 | 0.00 |
| Overtime Coeff | 51.80 | 547.41 | 1804.99 |
| REG   Evening | 49.95 | 49.95 | 0.00 |
| REG   Night Sh | 21.95 | 21.95 | 0.00 |
| REG   Shift YT | 0.00 | 0.00 | 416.50 |
| REG   Weekend | 8.10 | 18.20 | 0.00 |
| Regular | 80.00 | 1600.00 | 7469.60 |

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 360.00 | 1293.13 |
| Employee Me | 45.29 | 180.51 |
| Social Secu | 193.65 | 771.86 |
| IL State In | 89.09 | 350.41 |

### SPECIAL INFORMATION

ESL 81.15
PTO 44.72

TOTAL H/E  323.80  3330.31   13483.69

Total Tax  688.03   2595.91

### PRE-TAX DEDUCTIONS

| | | | |
|---|---|---|---|
| Dental Ins | 20.77 | 103.85 | |
| PPO Med 0050 | 181.59 | 907.95 | |
| Vision | 4.55 | 22.75 | |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| Accident Ins | 14.04 | 70.20 |
| Critical Ill | 11.92 | 59.60 |
| Life Spouse | 1.54 | 7.70 |
| LTD | 5.77 | 28.85 |
| STD | 11.42 | 57.10 |

### DIRECT DEPOSIT

S1009          246.60

Total Pre-Tax:  206.85   1034.25

Total Ded:  44.69   223.45

Total Dir Dep

| EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|
| CURRENT | 3330.31 | 206.85 | 3123.46 | 688.03 | 44.69 | 2390.74 |
| Y-D | 13483.69 | 1034.25 | 12449.44 | 2595.91 | 223.45 | 9630.08 |

Statement of Earnings

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

CHECK NO:        005001248
CHECK DATE:      3/14/2008
PERIOD ENDING    3/8/2008

JAINEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 808

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | M | 2 | FED: |
| ST1: | M | 2 | DI/UC: |
| ST2: | | | LOCAL: |

ST:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 31.80 | 0.00 | |
| Holiday Worked | 0.00 | 0.00 | 161.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 699.00 |
| OT Straight Ra | 0.00 | 0.00 | 23.30 |
| OTSTR Shift YT | 0.00 | 0.00 | 2918.40 |
| Overtime Coeff | 0.00 | 0.00 | 190.90 |
| Paid Time Off | 24.00 | 480.00 | 1604.99 |
| REG   Evening | 30.90 | 30.90 | 480.00 |
| REG   Night Sh | 25.10 | 25.10 | 0.00 |
| RFG   Shift YT | 0.00 | 0.00 | 0.00 |
| Regular | 56.00 | 1120.00 | 172.50 |
| | | | 8589.60 |

| TOTAL H/E | 167.80 | 1656.00 | 15139.69 |
|---|---|---|---|

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 100.93 | 1394.06 |
| Employee Me | 21.01 | 201.52 |
| Social Secu | 89.85 | 861.71 |
| IL State In | 38.86 | 389.27 |

| Total Tax | 250.65 | 2846.56 |
|---|---|---|

### SPECIAL INFORMATION

| | |
|---|---|
| ESL | 83.92 |
| PTO | 27.49 |

### PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 124.26 |
| PPO Med 0050 | 181.59 | 1089.54 |
| Vision | 4.55 | 27.30 |

### AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 84.24 |
| Critical Il | 11.92 | 71.52 |
| Life Spouse | 1.54 | 9.24 |
| LTD | 5.77 | 34.62 |
| STD | 11.42 | 68.52 |

### DIRECT DEPOSIT

$1009          245.00

| Total Pre-Tax: | 206.85 | 1241.10 |
|---|---|---|

| Total Ded: | 44.69 | 268.14 |
|---|---|---|

Total Dir Dep          245.00

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1656.00 | 206.85 | 1449.15 | 250.65 | 44.69 | 1153.81 |
| Y-T-D | 15139.69 | 1241.10 | 13898.59 | 2846.56 | 268.14 | 10723.99 |

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 005001378 |
| CHECK DATE: | 3/28/2008 |
| PERIOD ENDING | 3/22/2008 |

JAINEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

| | | | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|---|---|
| ID NUMBER: | 1037161 | FED: | M | 2 | FED: |
| PAY RATE: | 20.00 | ST1: | M | 2 | DI/UC: | ST: |
| DEPARTMENT: | 806 | ST2: | | | LOCAL: |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Change Pay | 36.60 | 0.00 | |
| Holiday Worked | 0.00 | 0.00 | 181.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 699.00 |
| OT Straight Ra | 9.30 | 186.00 | 23.30 |
| OTSTR Evening | 1.80 | 1.80 | 3104.40 |
| OTSTR Shift YT | 0.00 | 0.00 | 0.00 |
| OTSTR Weekend | 7.50 | 15.00 | 207.70 |
| Overtime Coeff | 9.30 | 98.18 | 0.00 |
| Paid Time Off | 0.00 | 0.00 | 1703.17 |
| REG   Evening | 54.55 | 54.55 | 480.00 |
| REG   Night Sh | 15.95 | 15.95 | 0.00 |
| REG   Shift YT | 0.00 | 0.00 | 558.00 |
| REG   Weekend | 7.50 | 15.00 | 0.00 |
| Regular | 79.90 | 1598.00 | 10187.60 |

| TOTAL H/E | 222.40 | 1984.48 | 17124.17 |
|---|---|---|---|

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 150.20 | 1544.26 |
| Employee Me | 25.78 | 227.30 |
| Social Secu | 110.21 | 971.92 |
| IL State In | 48.71 | 437.98 |

| Total Tax | 334.90 | 3181.46 |
|---|---|---|

## SPECIAL INFORMATION

| | |
|---|---|
| ESL | 86.69 |
| PTO | 34.26 |

## PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 144.97 |
| PPO Med 0050 | 181.59 | 1271.13 |
| Vision | 4.55 | 31.85 |

| Total Pre-Tax: | 206.85 | 1447.95 |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 98.28 |
| Critical Ill | 11.92 | 83.44 |
| Life Spouse | 1.54 | 10.78 |
| LTD | 5.77 | 40.39 |
| STD | 11.42 | 79.94 |

| Total Ded: | 44.69 | 312.83 |
|---|---|---|

## DIRECT DEPOSIT

| | |
|---|---|
| 1S1008 | 245.00 |

| Total Dir Dep | | 245.00 |
|---|---|---|

## EARNINGS

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1984.48 | 206.85 | 1777.63 | 334.90 | 44.69 | 1398.04 |
| Y-T-D | 17124.17 | 1447.95 | 15676.22 | 3181.46 | 312.83 | 12181.93 |

Statement of Earnings     Detach at perforation below and keep for your records.     A Payroll Service by Ceridian

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 005001515 |
| CHECK DATE: | 4/25/2008 |
| PERIOD ENDING | 4/19/2008 |

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

| | | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|---|
| ID NUMBER: 1037161 | FED: M | 2 | FED: | ST: |
| PAY RATE: 20.00 | ST1: M | 2 | DI/UC: | |
| DEPARTMENT: 808 | ST2: | | LOCAL: | |

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 72.90 | 72.90 | |
| Holiday Worked | 0.00 | 0.00 | 298.90 |
| HOLWK Shift YT | 0.00 | 0.00 | 699.00 |
| OT Straight Ra | 3.90 | 78.00 | 23.30 |
| OTSTR Evening | 3.80 | 3.80 | 3460.40 |
| OTSTR Shift YT | 0.00 | 0.00 | 0.00 |
| OTSTR Weekend | 0.10 | 0.20 | 225.60 |
| Overtime Coeff | 3.90 | 42.48 | 0.00 |
| Paid Time Off | 0.00 | 0.00 | 1896.72 |
| REG   Evening | 28.50 | 28.50 | 480.00 |
| REG   Shift YT | 0.00 | 0.00 | 0.00 |
| REG   Weekend | 15.10 | 15.10 | 703.80 |
| REG   Weekend | 3.00 | 6.00 | 0.00 |
| REG   Weekend | 3.60 | 7.20 | 0.00 |
| Regular | 77.50 | 1550.00 | 13187.80 |
| Retro | 0.00 | 0.00 | 99.60 |

| TOTAL H/E | 222.30 | 1814.18 | 21052.92 |
|---|---|---|---|

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 128.44 | 1846.20 |
| Employee Me | 23.67 | 279.00 |
| Social Secu | 101.22 | 1192.98 |
| IL State In | 44.36 | 535.71 |

| Total Tax | 297.69 | 3853.89 |
|---|---|---|

### SPECIAL INFORMATION

| | |
|---|---|
| ESL | 92.23 |
| PTO | 47.80 |

### PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 186.39 |
| PPO Med 0050 | 0.00 | 1271.13 |
| Std Med 0050 | 155.95 | 311.90 |
| Vision | 4.96 | 41.77 |

| Total Pre-Tax: | 181.62 | 1811.19 |
|---|---|---|

### AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 126.36 |
| Critical Il | 11.92 | 107.28 |
| Life Employe | 4.64 | 9.28 |
| Life Spouse | 1.54 | 13.86 |
| LTD | 5.77 | 51.93 |
| STD | 11.42 | 102.78 |

| Total Ded: | 49.33 | 411.49 |
|---|---|---|

### DIRECT DEPOSIT

| | |
|---|---|
| S1009 | 245.0 |

| Total Dir Dep | 245.00 |
|---|---|

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1814.18 | 181.62 | 1632.56 | 297.69 | 49.33 | 1285.54 |
| Y-T-D | 21052.92 | | | | | |

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

CHECK NO: 005001433
CHECK DATE: 4/11/2008
PERIOD ENDING 4/5/2008

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 808

| | STATUS | EXEMPT | TAX ADJUSTMENTS | |
|---|---|---|---|---|
| FED: | M | 2 | FED: | ST: |
| ST1: | M | 2 | DI/UC: | |
| ST2: | | | LOCAL: | |

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 63.00 | 63.00 | 224.00 |
| Holiday Worked | 0.00 | 0.00 | 699.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 |
| OT Straight Ra | 13.90 | 278.00 | 3382.40 |
| OTSTR Evening | 7.30 | 7.30 | 0.00 |
| OTSTR Shift YT | 0.00 | 0.00 | 221.80 |
| OTSTR Weekend | 6.80 | 6.80 | 0.00 |
| Overtime Coeff | 13.90 | 151.07 | 1854.24 |
| Paid Time Off | 0.00 | 0.00 | 480.00 |
| REG Evening | 41.50 | 41.50 | 0.00 |
| REG Night Sh | 14.90 | 14.90 | 0.00 |
| REG Shift YT | 0.00 | 0.00 | 637.00 |
| REG Weekend | 7.80 | 7.80 | 0.00 |
| REG Weekend | 7.50 | 15.00 | 0.00 |
| Regular | 71.50 | 1430.00 | 11817.60 |
| Retro | 0.00 | 99.80 | 99.80 |

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 173.50 | 1717.76 |
| Employee Me | 28.03 | 255.33 |
| Social Secu | 119.84 | 1091.76 |
| IL State In | 53.37 | 491.35 |

### SPECIAL INFORMATION

ESL 89.48
PTO 41.03

| TOTAL H/E | 247.70 | 2114.57 | 19238.74 | Total Tax | 374.74 | 3556.20 |
|---|---|---|---|---|---|---|

### PRE-TAX DEDUCTIONS

| | | |
|---|---|---|
| ntal Ins | 20.71 | 165.68 |
| PO Med 0050 | 0.00 | 1271.13 |
| td Med 0050 | 156.95 | 155.95 |
| ision | 4.96 | 36.81 |

### AFTER-TAX DEDUCTIONS

| Accident Ins | 14.04 | 112.32 |
|---|---|---|
| Critical Ill | 11.92 | 95.36 |
| Life Employe | 4.84 | 4.84 |
| Life Spouse | 1.54 | 12.32 |
| LTD | 5.77 | 48.18 |
| STD | 11.42 | 91.36 |

### DIRECT DEPOSIT

S1009 245.00

otal Pre-Tax: 181.62    Total Ded: 49.33    382.16    Total Dir Dep    245.00

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| RRENT | 2114.57 | 181.62 | 1932.95 | 374.74 | 49.33 | 1508.88 | |
| T D | 19238.74 | 1325.57 | 17868.17 | 3558.20 | 382.16 | 13690.81 | |

1629.57

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service by Cerldian

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 005001611 |
| CHECK DATE: | 5/9/2008 |
| PERIOD ENDING | 5/3/2008 |

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

| | | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|---|
| ID NUMBER: | 1037161 | FED: M | 2 | FED: |
| PAY RATE: | 20.00 | ST1: M | 2 | ST: |
| DEPARTMENT: | 806 | ST2: | | DI/UC: |
| | | | | LOCAL: |

## IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 101.70 | 101.70 | |
| Holiday Worked | 0.00 | 0.00 | 398.60 |
| HOLWK Shift YT | 0.00 | 0.00 | 699.00 |
| OT Straight Ra | 21.70 | 434.00 | 23.30 |
| OTSTR Evening | 8.20 | 8.20 | 3894.40 |
| OTSTR Night Sh | 0.80 | 0.80 | 0.00 |
| OTSTR Shift YT | 0.00 | 0.00 | 0.00 |
| OTSTR Weekend | 7.90 | 7.90 | 252.10 |
| OTSTR Weekend | 4.80 | 9.80 | 0.00 |
| Overtime Coeff | 21.70 | 239.54 | 0.00 |
| Paid Time Off | 0.00 | 0.00 | 2136.28 |
| REG   Evening | 58.20 | 58.20 | 480.00 |
| REG   Night Sh | 10.20 | 10.20 | 0.00 |
| REG   Shift YT | 0.00 | 0.00 | 0.00 |
| REG   Weekend | 8.40 | 8.40 | 788.00 |
| REG   Weekend | 2.20 | 4.40 | 0.00 |
| Regular | 80.00 | 1600.00 | 14787.60 |
| Retro | 0.00 | 0.00 | 99.60 |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 228.91 | 2075.11 |
| Employee Me | 33.38 | 312.38 |
| Social Secu | 142.74 | 1335.72 |
| IL State In | 64.45 | 600.16 |

## SPECIAL INFORMATION

| | |
|---|---|
| ESL | 95.00 |
| PTO | 54.57 |

| TOTAL H/E | 328.80 | 2483.94 | | 23536.86 | Total Tax | 489.48 | 4323.37 |
|---|---|---|---|---|---|---|---|

## PRE-TAX DEDUCTIONS

| | | |
|---|---|---|
| ental Ins | 20.71 | 207.10 |
| PO Med 0050 | 0.00 | 1271.03 |
| td Med 0050 | 155.95 | 467.85 |
| ision | 4.96 | 46.73 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | | |
|---|---|---|
| Accident Ins | 14.04 | 140.40 |
| Critical Il | 11.92 | 119.20 |
| Life Employe | 4.64 | 13.82 |
| Life Spouse | 1.54 | 15.40 |
| LTD | 5.77 | 57.70 |
| STD | 11.42 | 114.20 |

## DIRECT DEPOSIT

| | |
|---|---|
| S1006 | 245.00 |

| otal Pre-Tax: | 181.62 | | 1992.81 | Total Ded: | 49.33 | 480.82 | Total Dir Dep | 245.00 |
|---|---|---|---|---|---|---|---|---|

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| RENT | 2483.94 | 181.62 | 2302.32 | 489.48 | 49.33 | 1783.51 | |
| T-D | 23536.86 | 1992.81 | 21544.05 | 4323.37 | 460.82 | 16759.86 | |

A Payroll Service By Ceridian

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 000000000 |
| CHECK DATE: | 5/23/2008 |
| PERIOD ENDING | 5/17/2008 |

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60182

ID NUMBER : 1037181
PAY RATE : 20.00
DEPARTMENT: 808

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | M | 2 | FED:    ST: |
| ST1: | M | 2 | DI/UC: |
| ST2: | | | LOCAL: |

## IMPORTANT MESSAGE

## HOURS AND EARNINGS | | | | TAXES | | | SPECIAL INFORMATION |

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT | |
|---|---|---|---|---|---|---|---|
| Charge Pay | 87.70 | 87.70 | 488.30 | Federal Inc | 169.10 | 2244.21 | ESL | 97.77 |
| Holiday Worked | 0.00 | 0.00 | 699.00 | Employee Me | 27.60 | 339.98 | PTO | 81.34 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 | Social Secu | 118.02 | 1453.74 | |
| OT Straight Ra | 14.00 | 280.00 | 4174.40 | IL State In | 52.49 | 652.85 | |
| OTSTR Shift YT | 0.00 | 0.00 | 272.40 | | | | |
| OTSTR Weekend | 7.70 | 7.70 | 0.00 | | | | |
| OTSTR Weekend | 6.30 | 12.60 | 0.00 | | | | |
| Overtime Coeff | 14.00 | 154.21 | 2290.47 | | | | |
| Paid Time Off | 0.00 | 0.00 | 480.00 | | | | |
| REG  Evening | 66.80 | 66.80 | 0.00 | | | | |
| REG  Shift YT | 0.00 | 0.00 | 855.00 | | | | |
| REG  Weekend | 1.20 | 2.40 | 0.00 | | | | |
| Regular | 73.70 | 1474.00 | 16241.80 | | | | |
| Retro | 0.00 | 0.00 | 88.80 | | | | |

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 000000000 |
| CHECK DATE: | 6/6/2008 |
| PERIOD ENDING | 5/31/2008 |

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

| | | STATUS | EXEMPT | TAX ADJUSTMENTS | |
|---|---|---|---|---|---|
| ID NUMBER: | 1037161 | FED: M | 2 | FED | ST: |
| PAY RATE: | 20.00 | ST1: M | 2 | DI/UC: | |
| DEPARTMENT: | 806 | ST2: | | LOCAL: | |

## IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | TAXES | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT | | |
| Charge Pay | 92.70 | 92.70 | 578.00 | Federal Inc | 188.96 | 2433.17 | ESL | 100.53 |
| Holiday Worked | 0.00 | 0.00 | 899.00 | Employee Me | 29.52 | 389.50 | PTO | 68.11 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 | Social Secu | 126.23 | 1579.97 | | |
| OT Straight Ra | 15.40 | 308.00 | 4482.40 | IL State In | 56.47 | 709.12 | | |
| OTSTR Evening | 7.90 | 7.90 | 0.00 | | | | | |
| OTSTR Shift YT | 0.00 | 0.00 | 295.30 | | | | | |
| OTSTR Weekend | 7.50 | 15.00 | 0.00 | | | | | |
| Overtime Coeff | 15.40 | 170.44 | 2460.91 | | | | | |
| Paid Time Off | 0.00 | 0.00 | 480.00 | | | | | |
| REG  Evening | 42.50 | 42.50 | 0.00 | | | | | |
| REG  Night Sh | 16.30 | 16.30 | 0.00 | | | | | |
| REG  Shift YT | 0.00 | 0.00 | 932.60 | | | | | |
| REG  Weekend | 12.20 | 12.20 | 0.00 | | | | | |
| REG  Weekend | 0.30 | 0.60 | 0.00 | | | | | |
| Regular | 77.30 | 1546.00 | 17787.60 | | | | | |
| Retro | 0.00 | 0.00 | 99.80 | | | | | |
| TOTAL H/E | 293.50 | 2217.64 | 27839.71 | Total Tax | 401.18 | 5091.76 | | |

| PRE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | DIRECT DEPOSIT | |
|---|---|---|---|---|---|---|---|
| Dental Ins | 20.71 | 248.52 | Accident Ins | 14.04 | 168.48 | S1009 | 245.00 |
| PPO Med 0050 | 0.00 | 1271.13 | Critical Ill | 11.92 | 143.04 | C2132 | 1340.51 |
| Std Med 0050 | 155.95 | 779.75 | Life Employe | 4.64 | 23.20 | | |
| Vision | 4.96 | 56.65 | Life Spouse | 1.54 | 18.48 | | |
| | | | LTD | 5.77 | 69.24 | | |
| | | | STD | 11.42 | 137.04 | | |
| Total Pre-Tax: | 181.62 | 2356.05 | Total Ded: | 49.33 | 559.48 | Total Dir Dep | 1585.51 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2217.64 | 181.62 | 2036.02 | 401.18 | 49.33 | 1585.51 |
| Y-T-D | 27839.71 | 2356.05 | 25483.66 | 5091.76 | 559.48 | 19832.42 |

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 6/6/2008      ADVICE NO: 000000000

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW*
*THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

NOT NEGOTIABLE



JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

| | | |
|---|---|---|
| ID NUMBER: | 1037161 | |
| PAY RATE: | 20.00 | |
| DEPARTMENT: | 806 | |

CHECK NO:        0000000000
CHECK DATE:      6/20/2008
PERIOD ENDING:   6/14/2008

|        | STATUS | EXEMPT | TAX ADJUSTMENTS |
|--------|--------|--------|------------------|
| FED:   | M      | 2      | FED:      57:    |
| STI:   | M      | 2      |                  |
| ST2:   |        |        | DI/PC:           |
|        |        |        | LOCAL:           |

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | | | |
| Holiday Worked | 98.50 | 98.50 | |
| HOLWK Shift YT | 0.00 | 0.00 | 677.50 |
| OT Straight Ra | 0.00 | 0.00 | 689.00 |
| OTSTR Shift YT | 18.50 | 0.00 | 23.30 |
| OTSTR Weekend | 0.00 | 370.00 | 4882.40 |
| OTSTR Weekend | 6.10 | 0.00 | 326.20 |
| Overtime Coeff | 2.20 | 6.10 | 0.00 |
| Paid Time Off | 10.20 | 4.40 | 0.00 |
| REG    Evening | 18.50 | 20.40 | 0.00 |
| REG  Shift YT | 0.00 | 204.88 | 0.00 |
| REG    Weekend | 65.50 | 0.00 | 2865.79 |
| Regular | 9.40 | 65.50 | 480.00 |
| Retro | 80.00 | 18.80 | 0.00 |
| | 0.00 | 1600.00 | 1016.90 |
| | | 0.00 | 0.00 |
| | | | 19387.60 |
| | | | 98.60 |
| **TOTAL H/E** | **308.90** | **2388.58** | |

## IMPORTANT MESSAGE

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 214.60 | 2647.77 |
| Employee Me | 32.00 | 401.50 |
| Social Secu | 136.83 | 1716.80 |
| IL State In | 61.59 | 770.71 |
| **Total Tax** | **445.02** | **5536.78** |

## SPECIAL INFORMATION

ESL     103.30
PTO      74.88

## PRE-TAX DEDUCTIONS

| | | |
|---|---|---|
| Dental Ins | 20.71 | 30228.29 |
| PPO Med 0050 | 0.00 | |
| Std Med 0050 | 155.95 | 289.33 |
| Vision | 4.96 | 1271.13 |
| | | 935.70 |
| | | 61.61 |

## AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| Accident Ins | 14.04 | |
| Critical Ill | 11.92 | 182.52 |
| Life Employe | 4.64 | 154.96 |
| Life Spouse | 1.54 | 27.84 |
| LTD | 5.77 | 20.02 |
| STD | 11.42 | 75.01 |
| | | 148.46 |

## DIRECT DEPOSIT

S1005     245.0
C2132   1457.6

**Total Pre-Tax:** 181.62

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2388.58 | 181.62 | 2206.96 | 445.02 | 49.33 | 1712.61 |
| Y-T-D | 30228.29 | 2537.67 | 27690.62 | 5536.78 | 608.81 | 21545.03 |

**Total Ded:** 49.33

**Total Dir Dep** 608.81     1712.61

Statement Of Earnings

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 6/20/2008           ADVICE NO: 0000000000

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

NOT NEGOTIABLE

SECURITY WATERMARK - DO NOT ACCEPT WITHOUT

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 005001963 |
| CHECK DATE: | 7/3/2008 |
| PERIOD ENDING | 6/28/2008 |

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 808

| STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|
| FED: M | 2 | FED: |
| ST1: M | 2 | ST: |
| ST2: | | DI/UC: |
| | | LOCAL: |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 98.80 | 98.80 | 776.10 |
| Holiday Worked | 0.00 | 0.00 | 699.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 23.30 |
| OT Straight Ra | 18.60 | 372.00 | 5224.40 |
| OTSTR Evening | 4.40 | 4.40 | |
| OTSTR Shift YT | 0.00 | 0.00 | 353.00 |
| OTSTR Weekend | 8.00 | 8.00 | 0.00 |
| OTSTR Weekend | 8.20 | 18.40 | 0.00 |
| Overtime Coeff | 18.60 | 205.40 | 2871.19 |
| Paid Time Off | 0.00 | 0.00 | 480.00 |
| REG Evening | 50.55 | 50.55 | 0.00 |
| REG Night Sh | 8.15 | 8.15 | 0.00 |
| REG Shift YT | 0.00 | 0.00 | 1091.50 |
| REG Weekend | 15.90 | 15.90 | 0.00 |
| Regular | 80.00 | 1600.00 | 20987.80 |
| Retro | 0.00 | 0.00 | 99.60 |

**TOTAL H/E    309.00    2377.40                32805.69**

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 212.92 | 2880.69 |
| Employee Me | 31.84 | 433.34 |
| Social Secu | 136.14 | 1852.94 |
| IL State In | 61.26 | 831.97 |

**Total Tax    442.16    5978.94**

### SPECIAL INFORMATION

| | |
|---|---|
| ESL | 105.15 |
| PDAY | 8.00 |
| SICK | 1.85 |
| VAC | 77.96 |

## PRE-TAX DEDUCTIONS

| | | | |
|---|---|---|---|
| ental Ins | 20.71 | 288.94 | |
| PO Med 0050 | 0.00 | 1271.13 | |
| td Med 0050 | 155.95 | 1091.65 | |
| sion | 4.96 | 66.57 | |

**Total Pre-Tax:    181.62        2719.29**

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 196.56 |
| Critical Ill | 11.92 | 166.88 |
| Life Employe | 4.84 | 32.48 |
| Life Spouse | 1.54 | 21.56 |
| LTD | 5.77 | 80.78 |
| STD | 11.42 | 159.88 |

**Total Ded:    49.33    658.14**

## DIRECT DEPOSIT

| | |
|---|---|
| S1009 | 245.00 |

**Total Dir Dep                245.00**

| EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|
| RENT | 2377.40 | 181.62 | 2195.78 | 442.16 | 49.33 | 1704.29 |
| -D | 32805.69 | 2719.29 | 29886.40 | 5978.94 | 658.14 | 23249.32 |

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

CHECK NO: 000000000
CHECK DATE: 7/18/2008
PERIOD ENDING 7/12/2008

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60182

ID NUMBER: 1037161
PAY RATE: 20.00
DEPARTMENT: 808

| | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|
| FED: | M | 2 | FED: |
| ST1: | M | 2 | DI/UC: |
| ST2: | | | LOCAL: |

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 95.30 | 95.30 | 871.40 |
| Holiday Worked | 7.40 | 222.00 | 921.00 |
| HOLWK Evening | 7.40 | 7.40 | 0.00 |
| HOLWK Shift YT | 0.00 | 0.00 | 30.70 |
| OT Straight Ra | 15.30 | 308.00 | 5530.40 |
| OTSTR Evening | 8.00 | 8.00 | 0.00 |
| OTSTR Night Sh | 0.50 | 0.50 | 0.00 |
| OTSTR Shift YT | 0.00 | 0.00 | 375.10 |
| OTSTR Weekend | 6.80 | 13.80 | 0.00 |
| Overtime Coeff | 15.30 | 174.20 | 3045.39 |
| Paid Time Off | 0.00 | 0.00 | 480.00 |
| REG   Evening | 56.85 | 55.85 | 0.00 |
| REG   Night Sh | 15.65 | 15.65 | 0.00 |
| REG   Shift YT | 0.00 | 0.00 | 1164.80 |
| REG   Weekend | 0.80 | 1.80 | 0.00 |
| Regular | 72.60 | 1452.00 | 22439.60 |
| Retro | 0.00 | 0.00 | 98.60 |
| **TOTAL H/E** | **300.90** | **2352.10** | **34957.79** |

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 209.13 | 3089.82 |
| Employee Me | 31.47 | 484.81 |
| Social Secu | 134.57 | 1987.51 |
| IL State In | 60.50 | 892.47 |
| **Total Tax** | **435.67** | **6414.61** |

### SPECIAL INFORMATION

| | |
|---|---|
| ESL | 107.00 |
| PDAY | 8.00 |
| SICK | 3.70 |
| VAC | 81.04 |

### PRE-TAX DEDUCTIONS

| Dental Ins | 20.71 | 310.65 |
|---|---|---|
| PPO Med 0050 | 0.00 | 1271.13 |
| Std Med 0050 | 155.95 | 1247.60 |
| Vision | 4.96 | 71.53 |
| **Total Pre-Tax:** | **181.62** | **2900.91** |

### AFTER-TAX DEDUCTIONS

| Accident Ins | 14.04 | 210.60 |
|---|---|---|
| Critical Ill | 11.92 | 178.80 |
| Life Employe | 4.64 | 37.12 |
| Life Spouse | 1.54 | 23.10 |
| LTD | 5.77 | 86.55 |
| STD | 11.42 | 171.30 |
| **Total Ded:** | **49.33** | **707.47** |

### DIRECT DEPOSIT

| S1009 | 245.00 |
|---|---|
| C0878 | 1440.48 |
| **Total Dir Dep** | **1685.48** |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2352.10 | 181.62 | 2170.48 | 435.67 | 49.33 | 1685.48 |
| Y-T-D | 34957.79 | 2900.91 | 32056.88 | 6414.61 | 707.47 | 24934.80 |

**Riveredge Hospital**
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 7/18/2008   ADVICE NO: 000000000

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

NOT NEGOTIABLE

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

| | |
|---|---|
| CHECK NO: | 000000000 |
| CHECK DATE: | 8/1/2008 |
| PERIOD ENDING | 7/28/2008 |

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

| | | STATUS | EXEMPT | TAX ADJUSTMENTS |
|---|---|---|---|---|
| ID NUMBER: | 1037161 | FED: M | 2 | FED:      ST: |
| PAY RATE: | 20.00 | ST1: M | 2 | DI/UC: |
| DEPARTMENT: | 806 | ST2: | | LOCAL: |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|
| Charge Pay | 78.00 | 78.00 | 947.40 |
| Holiday Worked | 0.00 | 0.00 | 921.00 |
| OLWK Shift YT | 0.00 | 0.00 | 30.70 |
| T Straight Ra | 5.70 | 114.00 | 5644.40 |
| TSTR Evening | 5.70 | 5.70 | 0.00 |
| TSTR Shift YT | 0.00 | 0.00 | 380.80 |
| Overtime Coeff | 5.70 | 62.72 | 3108.11 |
| Paid Time Off | 0.00 | 0.00 | 480.00 |
| REG  Evening | 54.25 | 54.25 | 0.00 |
| REG  Night Sh | 15.85 | 15.85 | 0.00 |
| REG  Shift YT | 0.00 | 0.00 | 1239.30 |
| REG  Weekend | 0.40 | 0.80 | 0.00 |
| Regular | 70.30 | 1408.00 | 23845.60 |
| Retro | 0.00 | 0.00 | 99.60 |
| Vacation Pay | 9.70 | 194.00 | 194.00 |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| Federal Inc | 145.68 | 3215.50 |
| Employee Me | 25.34 | 490.15 |
| Social Secu | 108.34 | 2095.86 |
| IL State In | 47.81 | 940.28 |

## SPECIAL INFORMATION

| | |
|---|---|
| ESL | 108.85 |
| PDAY | 8.00 |
| SICK | 5.55 |
| VAC | 74.42 |

| TOTAL H/E | 243.40 | 1929.12 | 36886.91 | Total Tax | 327.17 | 6741.79 | DIRECT DEPOSIT | |

## PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 331.36 |
| PPO Med 0050 | 0.00 | 1271.13 |
| Std Med 0050 | 155.95 | 1403.55 |
| Vision | 4.96 | 76.49 |

## AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 224.64 |
| Critical Ill | 11.92 | 190.72 |
| Life Employe | 4.64 | 41.76 |
| Life Spouse | 1.54 | 24.64 |
| LTD | 5.77 | 92.32 |
| STD | 11.42 | 182.72 |

| | |
|---|---|
| S1009 | 245.00 |
| C0876 | 1128.00 |

| Total Pre-Tax: | 181.62 | 3082.53 | Total Ded: | 49.33 | 758.80 | Total Dir Dep | 1371.00 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 1929.12 | 181.62 | 1747.50 | 327.17 | 49.33 | 1371.00 | |
| Y-T-D | 36886.91 | 3082.53 | 33804.38 | 6741.79 | 758.80 | 26305.79 | |

---

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

DATE: 8/1/2008        ADVICE NO: 000000000

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

JAIMEE E. AUSTIN
232 FENWOOD LANE
HILLSIDE, IL 60162

NOT NEGOTIABLE

## PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Dental Ins | 20.71 | 352.07 |
| PPO Med 0050 | 0.00 | 1271.13 |
| Std Med 0050 | 155.95 | 1559.50 |
| Vision | 4.96 | 81.45 |

| Total Tax | 261.01 | 7002.79 |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| Accident Ins | 14.04 | 238.68 |
| Critical Ill | 11.92 | 202.64 |
| G Pct Other | 211.53 | 211.53 |
| Life Employe | 4.64 | 46.40 |
| Life Spouse | 1.54 | 26.18 |
| LTD | 5.77 | 98.09 |
| STD | 11.42 | 194.14 |

| | |
|---|---|
| S1009 | 245.00 |
| C0876 | 722.71 |

| Total Pre-Tax: | 181.62 | 3264.15 | Total Ded: | 260.86 | 1017.66 | Total Dir Dep | 967.71 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 1871.20 | 181.62 | 1489.58 | 261.01 | 260.86 | 967.71 | |
| Y-T-D | 38558.11 | 3264.15 | 35293.96 | 7002.79 | 1017.66 | 27273.51 | |

Statement Of Earnings

Riveredge Hospital
8311 West Roosevelt Road
Forrest Park, IL 60130

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                                            Case No. _____

Austin, Jaimee E _____    Chapter **13** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____ **3,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____ **3,500.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation/Adversary Proceedings**
    **Motions to Redeem $400.00**
    **Credit Education Fees**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>_____ <br> **August 25, 2008** <br> Date</td><td>_____ <br> **/s/ Derek Lofland** <br> Signature of Attorney</td></tr>
<tr><td></td><td>**Gleason & Gleason** <br> _____ <br> Name of Law Firm</td></tr>
</table>

Certificate Number: <u>00437-ILN-CC-004719071</u>

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2008</u>, at <u>8:59</u> o'clock <u>AM MDT</u>.

<u>Jaimee Austin</u> received from

<u>Black Hills Children's Ranch, Inc.</u>

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Northern District of Illinois</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>August 20, 2008</u>         By     <u>/s/Aubrey Hunter</u>

                            Name    <u>Aubrey Hunter</u>

                            Title   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

<div align="center">

United States Bankruptcy Court
Northern District of Illinois

</div>

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| Austin, Jaimee E _____ | Chapter **13** _____ |
| Debtor(s) | |

<div align="center">

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

</div>

PART I - DECLARATION OF PETITIONER                                    Date: **August 22, 2008**
A. To be completed in all cases.

I(We) **Jaimee E Austin** _____ and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☐ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____                Signature: _____
         (Debtor or Corporate Officer, Partner or Member)                              (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form **1040A**

Department of the Treasury – Internal Revenue Service
**U.S. Individual Income Tax Return**   (99)   **2003**   IRS Use Only – Do not write or staple in this space.

OMB No. 1545-0085

**Label**
(See page 19.)

Your first name and initial: JAIMEE E   Last name: HIXSON

If a joint return, spouse's first name and initial   Last name

**Use the IRS label.**
Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 20.   Apt. no.
1527 BALMORAL AVENUE

City, town or post office, state, and ZIP code. If you have a foreign address, see page 20.
WESTCHESTER                IL   60154

Your social security number: 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

Spouse's social security number

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign**
(See page 20.)

▶ **Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . . . . . ▶
You: Yes ☐ No ☒   Spouse: Yes ☐ No ☐

**Filing status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (See page 21.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b ☐ Spouse
c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see pg. 23) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of boxes checked on 6a and 6b: **1**

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 23)
Dependents on 6c not entered above

If more than six dependents, see page 21.

d Total number of exemptions claimed.

Add numbers on lines above ▶ **1**

**Income**

**Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see page 24.

Enclose, but do not attach, any payment.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7   24,743 |
| 8a | **Taxable** interest. Attach Schedule 1 if required. | 8a |
| b | **Tax-exempt** interest. **Do not** include on line 8a. | 8b |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a |
| b | Qualified dividends (see page 25). | 9b |
| 10a | Capital gain distributions (see page 25). | 10a |
| b | Post-May 5 capital gain distributions (see page 25). | 10b |
| 11a | IRA distributions.   11a | 11b Taxable amount (see page 25).   11b |
| 12a | Pensions and annuities.   12a | 12b Taxable amount (see page 26).   12b |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 |
| 14a | Social security benefits.   14a | 14b Taxable amount (see page 28).   14b |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15   24,743 |

**Adjusted gross income**

| | | |
|---|---|---|
| 16 | Educator expenses (see page 28). | 16 |
| 17 | IRA deduction (see page 28). | 17 |
| 18 | Student loan interest deduction (see page 31). | 18 |
| 19 | Tuition and fees deduction (see page 31). | 19   3,000 |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20   3,000 |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21   21,743 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.   EEA   Form **1040A** (2003)

| Form **1040A** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** | (99) | **2003** | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

**Label** (See page 19.)

**Use the IRS label. Otherwise, please print or type.**

Your first name and initial: JAIMEE E   Last name: HIXSON

Home address (number and street). If you have a P.O. box, see page 20.
1527 BALMORAL AVENUE   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 20.
WESTCHESTER   IL   60154

OMB No. 1545-0085

Your social security number: 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

Spouse's social security number

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 20.)

**Note.** Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . . . . . ►
You: Yes [X] No [ ]   Spouse: Yes [ ] No [ ]

**Filing status**

Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here.
4 [ ] Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child (See page 21.)

**Exemptions**

6 a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.

b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:

If more than six dependents, see page 21.

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see page 23) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 23)
Dependents on 6c not entered above

d Total number of exemptions claimed.

Add numbers on lines above: 1

**Income**

**Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see page 24.

Enclose, but do not attach, any payment.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 24,743 |
|---|---|---|---|
| 8 a | Taxable interest. Attach Schedule 1 if required. | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a. | 8b | |
| 9 a | Ordinary dividends. Attach Schedule 1 if required. | 9a | |
| b | Qualified dividends (see page 25). | 9b | |
| 10 a | Capital gain distributions (see page 25). | 10a | |
| b | Post-May 5 capital gain distributions (see page 25). | 10b | |
| 11 a | IRA distributions.  11a | 11b Taxable amount (see page 25). | 11b | |
| 12 a | Pensions and annuities.  12a | 12b Taxable amount (see page 26). | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14 a | Social security benefits.  14a | 14b Taxable amount (see page 28). | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income**. ► | 15 | 24,743 |

**Adjusted gross income**

| 16 | Educator expenses (see page 28). | 16 | |
|---|---|---|---|
| 17 | IRA deduction (see page 28). | 17 | |
| 18 | Student loan interest deduction (see page 31). | 18 | |
| 19 | Tuition and fees deduction (see page 31). | 19 | 3,000 |
| 20 | Add lines 16 through 19. These are your **total adjustments**. | 20 | 3,000 |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income**. ► | 21 | 21,743 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.   EEA   Form **1040A** (2003)

Form 1040A (2003)

| Name(s) shown on page | | Your social security number |
|---|---|---|
| JAIMEE E HIXSON | | 78 -6722 |

| Tax, credits, and payments | 22 | Enter the amount from line 21 (adjusted gross income). | | | 22 | 21,743 |
|---|---|---|---|---|---|---|
| | 23 a | Check if: { You were born before January 2, 1939, ☐ Blind } Total boxes | | | | |
| | | Spouse was born before January 2, 1939, ☐ Blind } checked ► 23a ☐ | | | | |
| | b | If you are married filing separately and your spouse itemizes deductions, see page 32 and check here ► 23b ☐ | | | | |

| Standard Deduction for— | 24 | Enter your standard deduction (see left margin). | | | 24 | 4,750 |
|---|---|---|---|---|---|---|
| ● People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 32. | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | | 25 | 16,993 |
| | 26 | Multiply $3,050 by the total number of exemptions claimed on line 6d. | | | 26 | 3,050 |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income. | | ► | 27 | 13,943 |
| ● All others: | 28 | Tax, including any alternative minimum tax (see page 33). | | | 28 | 1,739 |
| Single or Married filing separately, $4,750 | 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | | | |
| Married filing jointly or Qualifying widow(er), $9,500 | 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | | | |
| Head of household, $7,000 | 31 | Education credits. Attach Form 8863. | 31 | | | |
| | 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | | | |
| | 33 | Child tax credit (see page 37). | 33 | | | |
| | 34 | Adoption credit. Attach Form 8839. | 34 | | | |
| | 35 | Add lines 29 through 34. These are your total credits. | | | 35 | |
| | 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | | | 36 | 1,739 |
| | 37 | Advance earned income credit payments from Form(s) W-2. | | | 37 | |
| | 38 | Add lines 36 and 37. This is your total tax. | | ► | 38 | 1,739 |
| | 39 | Federal income tax withheld from Forms W-2 and 1099. | 39 | 2,559 | | |
| If you have a qualifying child, attach Schedule EIC. | 40 | 2003 estimated tax payments and amount applied from 2002 return. | 40 | | | |
| | 41 | Earned income credit (EIC). | 41 | | | |
| | 42 | Additional child tax credit. Attach Form 8812. | 42 | | | |
| | 43 | Add lines 39 through 42. These are your total payments. | | ► | 43 | 2,559 |

| Refund | 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you overpaid. | | | 44 | 820 |
|---|---|---|---|---|---|---|
| Direct deposit? See page 50 and fill in 45b, 45c, and 45d. | 45a | Amount of line 44 you want refunded to you. | | ► | 45a | 820 |
| | ► b | Routing number X X X X X X X X X | | ► c Type: ☐ Checking ☐ Savings | | |
| | ► d | Account number X X X X X X X X X X X X X X X X X | | | | |
| | 46 | Amount of line 44 you want applied to your 2004 estimated tax. | 46 | | | |

| Amount you owe | 47 | Amount you owe. Subtract line 43 from line 38. For details on how to pay, see page 51. | | ► | 47 | |
|---|---|---|---|---|---|---|
| | 48 | Estimated tax penalty (see page 52). | 48 | | | |

| Third party designee | Do you want to allow another person to discuss this return with the IRS (see page 52)? ☐ Yes. Complete the following. ☒ No |
|---|---|
| | Designee's name ►    Phone no. ►    Personal identification number (PIN) ► |

| Sign here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. |
|---|---|
| Joint return? See page 20. Keep a copy for your records. | Your signature    Date    Your occupation CSR TEACHER    Daytime phone number |
| | Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation    708-344-2419 |

| Paid preparer's use only | Preparer's signature ► | Date 02-20-2004 | Check if self-employed ☒ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | CANCER'S ACCOUNTING SERVICE 1542 N MONITOR CHICAGO        IL    60651 | EIN 36-4222286 | Phone no. 773-237-2224 |

EEA

Form 1040A (2003)

File • Deposit • Pay    Illinois Department of Revenue

**ILtax.com**    **2003 Form IL-1040**
Individual Income Tax Return    ending _____ / 0 4

## Step 1: Personal information

Do not write above this line.

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

JAIMEE E HIXSON

1527 BALMORAL AVENUE
WESTCHESTER, IL 60154



Staple
W-2,
W-2-G,
and
1099-R
forms
here.

**C** Check your filing status.

[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

## Step 2: Income

| | | |
|---|---|---|
| **1** | Write your federal adjusted gross income from your U.S. 1040, Line 34; U.S. 1040A, Line 21; U.S. 1040EZ, Line 4; or U.S. TeleFile Tax Record, Line I. | **1** 21,743.00 |
| **2** | Write your federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ. | **2** _____ |
| **3** | Write any other additions to your income that are taxable in Illinois. See instructions for details. Specify your additions. | **3** _____ |
| **4** | Add Lines 1 through 3. This is your income. | **4** 21,743.00 |

## Step 3: Base Income

**Attach**   Federal Page 1, Form W-2, 1099R   Military W-2

See instructions

See instructions

| | | |
|---|---|---|
| **5** | Write income received from Social Security benefits and certain retirement plans if that income is included in Step 2, Line 1. See instructions. | **5** _____ |
| **6** | Write the military pay you earned if it is included in Step 2, Line 1. | **6** _____ |
| **7** | Write any Illinois Income Tax refund included in Line 10 of U.S. 1040. | **7** _____ |
| **8** | Write the U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1. | **8** _____ |
| **9** | Write any other subtractions to your income. See Line 9 instructions and Publication 101 for details. **Do not** subtract your out-of-state income. Specify your subtractions. | **9** _____ |
| | Check if Line 9 includes any amount from Schedule 1299-C. [ ] | |
| **10** | Add Lines 5 through 9. This is the total of your subtractions. | **10** _____ |
| **11** | Subtract Line 10 from Line 4. This is your Illinois base income. | **11** 21,743.00 |

## Step 4: Exemptions

See instructions before completing this step.

| | | | |
|---|---|---|---|
| **12** | **a** Write the number of exemptions from your federal return. | [1] X $2,000 | **a** 2,000.00 |
| | **b** If someone else claimed you on their return, see Line 12 instructions to figure the number to write here. | X $2,000 | **b** _____ |
| | **c** Check if 65 or older: [ ] You + [ ] Spouse = | X $1,000 | **c** _____ |
| | **d** Check if legally blind: [ ] You + [ ] Spouse = | X $1,000 | **d** _____ |
| | Add Lines a through d. This is your total Illinois exemption allowance. | **12** | 2,000.00 |

## Step 5: Net income

**Attach**   Schedule NR

| | | |
|---|---|---|
| **13** | **Residents only:** Subtract Line 12 from Line 11. This is your net income. Skip Line 14. | **13** 19,743.00 |
| **14** | **Nonresidents and part-year residents only:** Check the box that applies to you during the year 2003. [ ] Nonresident [ ] Part-year resident Complete Illinois Schedule NR, and write your Illinois base income from Step 5, Line 47. | **14** _____ |

## Step 6: Tax

| | | |
|---|---|---|
| **15** | **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your **tax.** **Nonresidents and part-year residents:** Write the tax from Schedule NR, Step 5, Line 53. | **15** 592.00 |

Attach your check

IL-1040 page 1 (R-12/03)
(O: 3107)

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.   IL-492-0065

16 Write the total net income tax from Page 1, Step 6, Line 15 here.                                    16    592.00

## Step 7: Payments and Credits

**Attach**
**W-2's (Attach to page 1)**

17  Write the total amount of Illinois Income Tax withheld from your pay as shown on your W-2 forms, generally found in Box 17.                    17    671.00

18  Write any estimated payments you made with Forms IL-1040-ES and IL-505-I. Include any credit from your 2002 overpayment.                    18  _____

**Schedule CR**
**Other states' returns and required schedules**

19  If you paid income tax to another state while an Illinois resident, complete Schedule CR and write the amount from Line 8 of that schedule here.        19  _____

20  If you paid Illinois Property Tax, complete the PT Worksheet in instructions.
Write PT Worksheet Line 3 amount here. ————▶ **20a**
Write PT Worksheet Line 8 amount here. ————————————————————▶  20b  _____

**Receipt or Schedule ED**

21  If you paid education expenses, see instructions. Write Schedule ED or ED Worksheet Line 1 amount here. ————▶ **21a**
Write Schedule ED or ED Worksheet Line 10 amount here.                          21b  _____

22  If you received a federal EIC, complete the EIC Worksheet in instructions.
Write EIC Worksheet Line 1 amount here. ————▶ **22a**
Write your EIC credit amount from the EIC Worksheet here. ———————▶  22b  _____
Check if you have a qualifying child (living with you) born after 12/31/85. ☐

**Schedule 1299-C**

23  If you completed Illinois Schedule 1299-C, write the amount from Step 4, Line 51 here.                                        23  _____

24  Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits.   24    671.00

## Step 8: Overpayment or Tax Due

25  If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment**.   25    79.00

26  If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due**.     26  _____

## Step 9: Penalty

27  Write your late-payment penalty for underpayment of estimated tax from Form IL-2210, Line 28.                                27  _____

**Attach**
**Form IL-2210**

a   Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home.   ☐

b   Check if at least two-thirds of your federal gross income is from farming  . . . . . . . . . . . . . . . . . . . .   ☐

## Step 10: Donations  Any donation will reduce your refund or increase the amount you owe

28  Write the amount you wish to donate to one or more of the following voluntary contribution funds.

| Wildlife Preservation | a _____ | Multiple Sclerosis | g _____ |
| Child Abuse Prevention | b _____ | Military Family Relief | h _____ |
| Alzheimer's Research | c _____ | Lou Gehrig's Disease | i _____ |
| Homeless Assistance | d _____ | WWII Veterans Memorial | j _____ |
| Breast Cancer Research | e _____ | Asthma & Lung Research | k _____ |
| Prostate Cancer Research | f _____ | Leukemia Treatment | l _____ |

Add Lines a through l. This is your voluntary contributions total.                 28  _____

29  Add Line 27 and Line 28. This is your total penalty and donations.              29  _____

## Step 11: Refund or Amount You Owe

30  If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25.                       30    79.00

31  Write the amount from Line 30 that you want applied to your **2004 estimated tax.**                                  31  _____

32  Subtract Line 31 from Line 30. This is your **refund**.                        32    79.00

**Direct Deposit**
**See instructions**

33  Direct deposit your refund by completing the following information.
Routing number _____   ☐ Checking or  ☐ Savings
Account number _____

**Payment Opt.**
**See instructions**

34  If you have tax due on Line 26, add Lines 26 and 29.   **or**
If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe**.            34  _____

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number 708-344-2419 | Your spouse's signature | Date |
| Paid preparer's signature | Date 02-20-2004 | Preparer's phone number 773-237-2224 | Preparer's FEIN, SSN, or PTIN 36-4222286 | |

If no payment enclosed, mail to:  ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:  ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

IL-1040 page 2 (R-12/03)
ID: 3107

DR _____ AP _____ ME  ZZ  SE  WA  RR  RX  NS  DC  ID _____

Form
**1040A**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** (99) **2004**

IRS Use Only - Do not write or staple in this space.

**Label**
(See page 18.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: JAIMEE E

Last name: HIXSON

OMB No. 1545-0085

Your social security number: 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

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 18.
1527 BALMORAL AVENUE

Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.
WESTCHESTER        IL    60154

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign**
(See page 18.)

▶ Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . . . . . ▶

You: Yes [ ]  No [X]
Spouse: Yes [ ]  No [ ]

**Filing status**

Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see page 19)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a.
b [ ] Spouse

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see pg. 21) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

If more than six dependents, see page 20.

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 21)
Dependents on 6c not entered above

d Total number of exemptions claimed.

Add numbers on lines above ▶  1

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment.

7 Wages, salaries, tips, etc. Attach Form(s) W-2.        7   29,051
8a Taxable interest. Attach Schedule 1 if required.        8a
b Tax-exempt interest. **Do not** include on line 8a.    8b
9a Ordinary dividends. Attach Schedule 1 if required.    9a
b Qualified dividends (see page 23).    9b
10 Capital gain distributions (see page 23).    10
11a IRA distributions.    11a        11b Taxable amount (see page 23).    11b
12a Pensions and annuities.    12a        12b Taxable amount (see page 24).    12b
13 Unemployment compensation and Alaska Permanent Fund dividends.    13
14a Social security benefits.    14a        14b Taxable amount (see page 26).    14b
15 Add lines 7 through 14b (far right column). This is your **total income.**    ▶ 15    29,051

**Adjusted gross income**

16 Educator expenses (see page 26).    16
17 IRA deduction (see page 26).    17
18 Student loan interest deduction (see page 29).    18
19 Tuition and fees deduction (see page 29).    19
20 Add lines 16 through 19. These are your **total adjustments.**    20
21 Subtract line 20 from line 15. This is your **adjusted gross income.**    ▶ 21    29,051

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.        EEA        Form **1040A** (2004)

Form 1040A (2004)

Page 2

Name(s) shown on page 1    JAIMEE E HIXSON

Your social security number    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

**Tax, credits, and payments**

| 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 29,051 |
|---|---|---|---|

23a Check if: ☐ You were born before January 2, 1940, ☐ Blind
☐ Spouse was born before January 2, 1940, ☐ Blind
Total boxes checked ► 23a ☐

b If you are married filing separately and your spouse itemizes deductions, see page 30 and check here ► 23b ☐

**Standard Deduction for -**

● People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 31.

● All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| 24 | Enter your **standard deduction** (see left margin). | 24 | 4,850 |
|---|---|---|---|
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 24,201 |
| 26 | If line 22 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 22 is over $107,025, see the worksheet on page 32. | 26 | 3,100 |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. | 27 | 21,101 |
| 28 | **Tax,** including any alternative minimum tax (see page 31). ► | 28 | 2,811 |
| 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| 31 | Education credits. Attach Form 8863. | 31 | 929 |
| 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | |
| 33 | Child tax credit (see page 36). | 33 | |
| 34 | Adoption credit. Attach Form 8839. | 34 | |
| 35 | Add lines 29 through 34. These are your **total credits.** | 35 | 929 |
| 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | 36 | 1,882 |
| 37 | Advance earned income credit payments from Form(s) W-2. | 37 | |
| 38 | Add lines 36 and 37. This is your **total tax.** ► | 38 | 1,882 |

**If you have a qualifying child, attach Schedule EIC.**

| 39 | Federal income tax withheld from Forms W-2 and 1099. | 39 | 3,267 | | |
|---|---|---|---|---|---|
| 40 | 2004 estimated tax payments and amount applied from 2003 return. | 40 | | | |
| 41a | **Earned income credit (EIC).** | 41a | | | |
| b | Nontaxable combat pay election. | 41b | | | |
| 42 | Additional child tax credit. Attach Form 8812. | 42 | | | |
| 43 | Add lines 39, 40, 41a, and 42. These are your **total payments.** ► | 43 | | | 3,267 |

**Refund**

Direct deposit? See page 50 and fill in 45b, 45c, and 45d.

| 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you **overpaid.** ► | 44 | 3,267 |
|---|---|---|---|
| 45a | Amount of line 44 you want **refunded to you.** ► | 45a | 1,385 |
| b | Routing number | X X X X X X X X X | | 1,385 |
| c | Type: ☐ Checking ☐ Savings | | |
| d | Account number | X X X X X X X X X X X X X X X X X | |
| 46 | Amount of line 44 you want **applied to your 2005 estimated tax.** | 46 | |

**Amount you owe**

| 47 | **Amount you owe.** Subtract line 43 from line 38. For details on how to pay, see page 51. ► | 47 | |
|---|---|---|---|
| 48 | Estimated tax penalty (see page 51). | 48 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 52)? ☒ Yes. Complete the following. ☐ No

Designee's name ►CANCER'S ACCOUNTING SERVICE
Phone no. ►773-237-2224
Personal identification number (PIN) ► 1 9 7 3 7

**Sign here**

Joint return? See page 18. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature    X    Date    Your occupation    CSR TEACHER

Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation

Daytime phone number    708-344-2419

**Paid preparer's use only**

Preparer's signature    Date 02-07-2005    Check if self-employed ☒    Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ►CANCER'S ACCOUNTING SERVICE
1542 N MONITOR
CHICAGO    IL    60651

EIN 36-4222286
Phone no. 773-237-2224

EEA

Form **1040A** (2004)

Illinois Department of Revenue
**2004 Form IL-1040**
Individual Income Tax Return

www.iltax.com

or for fiscal year ending _____ / 0 5

## Step 1: Personal Information

Do not write above this line.

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

JAIMEE E HIXSON

1527 BALMORAL AVENUE
WESTCHESTER, IL  60154



**C** Filing status (check one)
[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

## Step 2: Income

Staple W-2 and 1099 forms here

New — Complete Schedule M.

1 Federal adjusted gross income from your U.S. 1040, Line 36; U.S. 1040A, Line 21;
   U.S. 1040EZ, Line 4; or U.S. TeleFile Tax Record, Line I.   **1**   29,051.00
2 Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b;
   or U.S. 1040EZ   **2**   _____
3 Other additions to your income. **Attach** Schedule M.   **3**   _____
4 Add Lines 1 through 3. This is your total income.   **4**   29,051.00

## Step 3: Base Income

New — Complete Schedule M.

5 Income received from Social Security benefits and certain retirement plans
   if included in Step 2, Line 1. **Attach** federal page 1, Form W-2, 1099-R.   **5**   _____
6 Military pay earned if included in Step 2, Line 1. **Attach** military W-2.   **6**   _____
7 Illinois Income Tax overpayment included in U.S. 1040, Line 10   **7**   _____
8 U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency
   interest from U.S. 1040, Schedule B, or U.S.1040A, Schedule 1   **8**   _____
9 Other subtractions to your income. **Attach** Schedule M.   **9**   _____
   Check if Line 9 includes any amount from Schedule 1299-C.   [ ]
10 Add Lines 5 through 9. This is the total of your subtractions.   **10**   _____
11 Subtract Line 10 from Line 4. This is your Illinois **base income**.   **11**   29,051.00

## Step 4: Exemptions

See instructions before completing this step.

12 **a** Number of exemptions from your federal return.   1   X $2,000   **a**   2,000.00
   **b** If someone else claimed you or your spouse as a dependent on
       their return, see instructions to figure the number to write here.   X $2,000   **b**   _____
   **c** Check if 65 or older:   [ ] You + [ ] Spouse = ___ X $1,000   **c**   _____
   **d** Check if legally blind:   [ ] You + [ ] Spouse = ___ X $1,000   **d**   _____
   Add Lines a through d. This is your total Illinois exemption allowance.   **12**   2,000

## Step 5: Net Income

13 **Residents only:** Subtract Line 12 from Line 11. This is your net income. Skip Line 14.   **13**   27,051
14 **Nonresidents and part-year residents only:**
   Check the box that applies to you during the year 2004.   [ ] Nonresident   [ ] Part-year resident
   Illinois base income from Schedule NR. **Attach** Schedule NR.   **14**   _____

## Step 6: Tax

15 **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your **tax.**
   **Nonresidents and part-year residents:** Write the tax from Schedule NR.
   **This amount may not be less than zero.**   **15**   812.00

Staple your check

IL-1040 page 1 (R-12/04)
ID: 3107

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.  IL-492-0065

**16** Tax amount from Page 1, Step 6, Line 15    **16** ____812.00

## Step 7: Payments and Credits

**17** Illinois Income Tax withheld. Attach W-2 and 1099 forms.    **17** ____800.00

**18** Estimated payments from Forms IL-505-I and IL-1040-ES, including
overpayment applied from 2003 return    **18** _____

**19** Income tax paid to another state while an Illinois resident. **Attach**
Schedule CR and other states' returns.    **19** _____

**20** Illinois Property Tax credit. **You must complete PT Worksheet in instructions.**
PT Worksheet Line 3 amount    **20a** _____
PT Worksheet Line 8 amount    **20b** _____

**21** Education expense credit. **You must complete ED Worksheet in instructions
or Schedule ED. Attach** receipt or Schedule ED.
ED Worksheet or Schedule ED Line 1 amount    **21a** _____
ED Worksheet or Schedule ED Line 10 amount    **21b** _____

**22** Earned Income Credit. **You must complete EIC Worksheet in instructions.**
EIC Worksheet Line 1 amount    **22a** _____
EIC credit amount from the EIC Worksheet    **22b** _____
Check if you have a qualifying child (living with you) born after 12/31/86.    ☐

**23** Income tax credit amount from Schedule 1299-C. **Attach** Schedule 1299-C.    **23** _____

**24** Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits.    **24** ____800.00

<div style="border-left:1px solid black;padding-left:4px">
Nonresidents may not claim a credit on Lines 19, 20, or 21.

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.
</div>

## Step 8: Overpayment or Tax Due

**25** If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment**.    **25** _____

**26** If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.**    **26** ____12.00

## Step 9: Penalty

**27** Late-payment penalty for underpayment of estimated tax    **27** _____
  **a** Check if you annualized your income on Form IL-2210, Step 6, or if you are
  65 or older and permanently living in a nursing home. **Attach** Form IL-2210.    ☐
  **b** Check if at least two-thirds of your federal gross income
  is from farming . . . . . . . . . . . . . . . . . .    ☐

## Step 10: Donations Any donation will reduce your refund or increase the amount you owe

**28** Amount you wish to donate to one or more of the following voluntary contribution funds
| | | | | | |
|---|---|---|---|---|---|
| Wildlife Preservation | **a** _____ | Multiple Sclerosis | **f** _____ | | |
| Child Abuse Prevention | **b** _____ | Military Family Relief | **g** _____ | | |
| Alzheimer's Research | **c** _____ | Lou Gehrig's Disease | **h** _____ | | |
| Homeless Assistance | **d** _____ | Illinois Veterans' Home | **i** _____ | | |
| Breast Cancer Research | **e** _____ | | | | |

Add Lines **a** through **i**. This is your donations total.    **28** _____

**29** Add Line 27 and Line 28. This is your total penalty and donations.    **29** _____

## Step 11: Refund or Amount You Owe

**30** If you have an overpayment on Line 25 and this amount is greater than
Line 29, subtract Line 29 from Line 25.    **30** _____

**31** **Amount from Line 30 that you want applied to 2005 estimated tax**    **31** _____

**32** Subtract Line 31 from Line 30. This is your **refund.**    **32** _____

**Direct Deposit** → **33** Complete to direct deposit your refund
Routing number _____
Account number _____    ☐ Checking or  ☐ Savings

*See instructions for payment options.*

**34** If you have tax due on Line 26, add Lines 26 and 29. **or**
If you have an overpayment on Line 25 and this amount is less than Line 29,
subtract Line 25 from Line 29. This is the **amount you owe.**    **34** ____12.00

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number 708-344-2419 | Your spouse's signature | Date |
|---|---|---|---|---|
| Paid preparer's signature | Date 02-07-2005 | Preparer's phone number 773-237-2224 | Preparer's FEIN, SSN, or PTIN 36-4222286 | |

If no payment enclosed, mail to:  **ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL  62719-0001**

If payment enclosed, mail to:  **ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL  62726-0001**

DR _____  AP _____  CA ___ ME ___ NS ___ PR ___ RV ___ WA ___ WV ___ ZZ ___  ID ___

| Form **8863** | Education Credits | OMB No. 1545-1618 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | **(Hope and Lifetime Learning Credits)**<br>▶ See instructions.<br>▶ Attach to Form 1040 or Form 1040A. | **2004**<br>Attachment<br>Sequence No. **50** |

Name(s) shown on return: JAIMEE E HIXSON

Your social security number: 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

**Caution:** You **cannot** take both an education credit and the tuition and fees deduction (Form 1040, line 27, or Form 1040A, line 19) for the **same student** in the same year.

## Part I — Hope Credit. Caution: You cannot take the Hope credit for more than 2 tax years for the same student.

| 1 | **(a)** Student's name (as shown on page 1 of your tax return)<br>First name / Last name | **(b)** Student's social security number (as shown on page 1 of your tax return) | **(c)** Qualified expenses (see instructions). Do **not** enter more than $2,000 for each student. | **(d)** Enter the **smaller** of the amount in column (c) or $1,000 | **(e)** Subtract column (d) from column (c) | **(f)** Enter one-half of the amount in column (e) |
|---|---|---|---|---|---|---|
| | ---- | | | | | |
| | ---- | | | | | |
| | ---- | | | | | |

2 Add the amounts in columns (d) and (f) . . . . . . . . . . . . . . . . . . . . . . . . . . **2**

3 Tentative Hope credit. Add the amounts on line 2, columns (d) and (f). If you are taking the lifetime learning credit for another student, go to Part II; otherwise, go to Part III . . . . . . . . . . . . . . ▶ | **3** |

## Part II — Lifetime Learning Credit

| 4 | **Caution:** You **cannot** take the Hope credit and the lifetime learning credit for the **same student** in the same year. | **(a)** Student's name (as shown on page 1 of your tax return)<br>First name / Last name | **(b)** Student's social security number (as shown on page 1 of your tax return) | **(c)** Qualified expenses (see instructions) |
|---|---|---|---|---|
| | | JAIMEE E HIXSON | 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 | 4,646 |

5 Add the amounts on line 4, column (c), and enter the total . . . . . . . . . . . . . . . . . . . | **5** | 4,646 |

6 Enter the **smaller** of line 5 or $10,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 4,646 |

7 Tentative lifetime learning credit. Multiply line 6 by 20% (.20) and go to Part III . . . . . . . . . ▶ | **7** | 929 |

## Part III — Allowable Education Credits

8 Tentative education credits. Add lines 3 and 7 . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 929 |

9 Enter: $105,000 if married filing jointly; $52,000 if single, head of household, or qualifying widow(er) | **9** | 52,000 |

10 Enter the amount from Form 1040, line 37*, or Form 1040A, line 22 . . . . . . | **10** | 29,051 |

11 Subtract line 10 from line 9. If zero or less, **stop;** you cannot take any education credits . . . . . . . . . . . . . . . . . . . | **11** | 22,949 |

12 Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) | **12** | 10,000 |

13 If line 11 is equal to or more than line 12, enter the amount from line 8 on line 14 and go to line 15. If line 11 is less than line 12, divide line 11 by line 12. Enter the result as a decimal (rounded to at least three places) . . . . . . . . . . . . . . . . . . . . . . . | **13** | X |

14 Multiply line 8 by line 13. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 929 |

15 Enter the amount from Form 1040, line 45, or Form 1040A, line 28 . . . . . . . . . . . . . . . . | **15** | 2,811 |

16 Enter the total, if any, of your credits from Form 1040, lines 46 and 48, or Form 1040A, lines 29 and 30 . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |

17 Subtract line 16 from line 15. If zero or less, **stop;** you cannot take any education credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 2,811 |

18 **Education credits.** Enter the **smaller** of line 14 or line 17 here and on Form 1040, line 49, or Form 1040A, line 31 . . . . . . . . . . . . . . . . . . . . . . ▶ | **18** | 929 |

* If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see Pub. 970 for the amount to enter.

For Paperwork Reduction Act Notice, see page 3.

EEA

Form **8863** (2004)

Form **1040**
Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2005** (99) IRS Use Only-Do not write or staple in this space.

| Label | For the year Jan. 1-Dec. 31, 2005, or other tax year beginning , 2005, ending , 20 | OMB. No. 1545-0074 |
|---|---|---|

(See instructions on page 16.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: JAIMEE E   Last name: HIXSON

Your social security number: 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

If a joint return, spouse's first name and initial   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 16. 1527 BALMORAL AVENUE   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. WESTCHESTER   IL   60154

▲ You must enter your SSN(s) above. ▲

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☒ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ► DAMARCO S SMITH   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
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a

b ☐ Spouse

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

If more than four dependents, see page 19.

d Total number of exemptions claimed

Add numbers on lines above ► 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | | |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | | 27,524 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | | |
| b | Qualified dividends (see page 23) | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | | |
| 11 | Alimony received | 11 | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | | 784 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | | |
| 15a | IRA distributions 15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | | |
| 19 | Unemployment compensation | 19 | | |
| 20a | Social security benefits 20a | b Taxable amount (see page 27) | 20b | |
| 21 | Other income. | 21 | | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | | 28,308 |

**Adjusted Gross Income**

| | | | | |
|---|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 56 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid b Recipient's SSN ► | 31a | | |
| 32 | IRA deduction (see page 31) | 32 | | |
| 33 | Student loan interest deduction (see page 33) | 33 | | |
| 34 | Tuition and fees deduction (see page 34) | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | | 56 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | | 28,252 |

For Disclosure, Privacy Act, and Paperwork Reduction Act...

Form 1040 (2005)  JAIMEE E HIXSON                                                   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   Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 28,252 |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. / ☐ Spouse was born before January 2, 1941, ☐ Blind. } Total boxes checked ▶ 39a | | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 35 § check here ▶ 39b ☐ | | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 7,300 |
| | 41 | Subtract line 40 from line 38 | | 41 | 20,952 |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | | 42 | 3,200 |
| • All others: | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 17,752 |
| Single or Married filing separately, $5,000 | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | | 44 | 2,144 |
| | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | 45 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 46 | Add lines 44 and 45 ▶ | | 46 | 2,144 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| Head of household, $7,300 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| | 50 | Education credits. Attach Form 8863 | 50 | 1,533 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | | |
| | 53 | Adoption credit. Attach Form 8839 | 53 | | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 54 | | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Form | 55 | | |
| | 56 | Add lines 47 through 55. These are your total credits | | 56 | 1,533 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | | 57 | 611 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | 111 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | | 63 | 722 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 3,241 | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | 440 | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | | 71 | 3,681 |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | | 72 | 2,959 |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want refunded to you ▶ | | 73a | 2,959 |
| | ▶ b | Routing number X X X X X X X X X ▶c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account number X X X X X X X X X X X X X X X X X | | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax | 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | | 75 | |
| | 76 | Estimated tax penalty (see page 60) | 76 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following.  ☒ No | | | |
| | | Designee's name ▶ ___ Phone no. ▶ ___ Personal identification number (PIN) ▶ ___ | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.
Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | CSR TEACHER | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | 708-344-2419 |

**Paid Preparer's Use Only**

| Preparer's signature | Date 02-23-2006 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | CANCER'S ACCOUNTING SERVICE 1542 N MONITOR CHICAGO          IL     60651 | EIN 36-4222286 | Phone no. 773-237-2224 |

CEA

| SCHEDULE C-EZ<br>(Form 1040) | Net Profit From Business<br>(Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See instructions. | **2005**<br>Attachment<br>Sequence No. **09A** |

Name of proprietor
JAIMEE E HIXSON

Social security number (SSN)
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

**Part I    General Information**

You May Use Schedule C-EZ Instead of Schedule C Only If You:

- Had business expenses of $5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor or statutory employee.

**And You:**

- Had no employees during the year.
- Are not required to file Form 4562, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, on page C-4 to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

**A** Principal business or profession, including product or service
EDUCATOR

**B** Enter code from pages C-8, 9, & 10
▶

**C** Business name. If no separate business name, leave blank.
AFTER SCHOOL INSTRUCTOR

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.). Address not required if same as on Form 1040, page 1.
1527 BALMORAL AVENUE

City, town or post office, state, and ZIP code
WESTCHESTER IL  60154

**Part II    Figure Your Net Profit**

| | | | |
|---|---|---|---|
| 1 | Gross receipts. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see Statutory Employees in the instructions for Schedule C, line 1, on page C-3 and check here  ▶ ☐ | 1 | 1,500 |
| 2 | Total expenses (see instructions). If more than $5,000, you must use Schedule C  . . . . . . . . | 2 | 716 |
| 3 | Net profit. Subtract line 2 from line 1. If less than zero, you must use Schedule C. Enter on Form 1040, line 12, and also on Schedule SE, line 2. (Statutory employees do not report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | 3 | 784 |

**Part III    Information on Your Vehicle.**    Complete this part only if you are claiming car or truck expenses on line 2.

4    When did you place your vehicle in service for business purposes?  (year, month, day)        ▶

5    Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

a  Business _____  b  Commuting (see instructions) _____  c  Other _____

6    Do you (or your spouse) have another vehicle available for personal use?  . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

7    Was your vehicle available for personal use during off-duty hours?  . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

8 a  Do you have evidence to support your deduction?  . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

b  If "Yes," is the evidence written?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

For Paperwork Reduction Act Notice, see Form 1040 instructions.          EEA          Schedule C-EZ (Form 1040) 2005

| SCHEDULE SE | **Self-Employment Tax** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | | **2005** |
| Department of the Treasury | ▶ Attach to Form 1040.   ▶ See Instructions for Schedule SE (Form 1040). | Attachment |
| Internal Revenue Service    (99) | | Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person |
|---|---|
| JAIMEE E HIXSON | with self-employment income ▶ 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, or

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see page SE-1).

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



Section A - Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---:|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A · · · · · · · · · · · · · · · · · · · · · · | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report · · · · · · · · · · · · · · · · · · · · · · · · · · | 2 | 784 |
| 3 | Combine lines 1 and 2 | 3 | 784 |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax · · · · · · · · · · ▶ | 4 | 724 |
| 5 | Self-employment tax. If the amount on line 4 is:<br>• $90,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 58.<br>• More than $90,000, multiply line 4 by 2.9% (.029). Then, add $11,160.00 to the result. Enter the total here and on Form 1040, line 58. · · · · · · · · ▶ | 5 | 111 |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 27 · · · · · · · · · · \| 6 \| 56 | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Earned Income Credit**

**Qualifying Child Information**

Complete and attach to Form 1040A or 1040
only if you have a qualifying child.

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **43**

Name(s) shown on return

JAIMEE E HIXSON

Your social security number

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

**Before you begin:** See the instructions for Form 1040A, lines 41a and 41b, or Form 1040, lines 66a and 66b, to make sure that (a) you can take the EIC and (b) you have a qualifying child.

**CAUTION!**

- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

|  | | Child 1 | | Child 2 | |
|---|---|---|---|---|---|
| **1** | **Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit. | First name DAMARCO S | Last name SMITH | First name | Last name |
| **2** | **Child's SSN** The child must have an SSN as defined on page 44 of the Form 1040A instructions or page 48 of the Form 1040 instructions unless the child was born and died in 2005. If your child was born and died in 2005 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate. | 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 | | | |
| **3** | **Child's year of birth** | Year 1999 If born after 1986, skip lines 4a and 4b; go to line 5. | | Year _____ If born after 1986, skip lines 4a and 4b; go to line 5. | |
| **4** | **If the child was born before 1987—** | | | | |
| **a** | Was the child under age 24 at the end of 2005 and a student? | ☐ **Yes.** Go to line 5. | ☐ **No.** Continue | ☐ **Yes.** Go to line 5. | ☐ **No.** Continue |
| **b** | Was the child permanently and totally disabled during any part of 2005? | ☐ **Yes.** Continue | ☐ **No.** The child is not a qualifying child. | ☐ **Yes.** Continue | ☐ **No.** The child is not a qualifying child. |
| **5** | **Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | FOSTERCHILD | | | |
| **6** | **Number of months child lived with you in the United States during 2005** • If the child lived with you for more than half of 2005 but less than 7 months, enter "7". • If the child was born or died in 2005 and your home was the child's home for the entire time he or she was alive during 2005, enter "12". | 12 months Do not enter more than 12 months. | | _____ months Do not enter more than 12 months. | |

**TIP** You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2005, and (b) is a U.S. citizen or resident alien. For more details, see the instructions for line 42 of Form 1040A or line 68 of Form 1040.

For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

EEA

Schedule EIC (Form 1040A or 1040) 2005

| Form **8863** |
|---|

(Rev. January 2006)
Department of the Treasury
Internal Revenue Service   (99)

**Education Credits**
**(Hope and Lifetime Learning Credits)**
► See instructions.
► Attach to Form 1040 or Form 1040A.

OMB No. 1545-0074

**2005**

Attachment
Sequence No.  **50**

Name(s) shown on return
JAIMEE E HIXSON

Your social security number
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

Caution: You cannot take both an education credit and the tuition and fees deduction (Form 1040, line 34, or Form 1040A, line 19) for the same student in the same year.

### Part I   Hope Credit. Caution:  You cannot take the Hope credit for more than 2 tax years for the same student.

1

| (a) Student's name (as shown on page 1 of your tax return)  First name  Last name | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (see instructions). Do not enter more than $2,000* for each student. | (d) Enter the smaller of the amount in column (c) or $1,000** | (e) Add column (c) and column (d) | (f) Enter one-half of the amount in column (e) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

\* For each student who attended an eligible educational institution in the Gulf Opportunity Zone, **do not** enter more than $4,000.

\*\*For each student who attended an eligible educational institution in the Gulf Opportunity Zone, enter the **smaller** of the amount in column (c) or $2,000.

2   Tentative Hope credit. Add the amounts on line 1, column (f). If you are taking the lifetime learning credit for another student, go to Part II; otherwise, go to Part III  · · · · · · · · · · · · ▶ | 2 |

### Part II   Lifetime Learning Credit

3   Caution: You cannot take the Hope credit and the lifetime learning credit for the same student in the same year.

| (a) Student's name (as shown on page 1 of your tax return)  First name  Last name | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (see instructions) |
|---|---|---|
| JAIMEE E   HIXSON | 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 | 7,666 |

| | | |
|---|---|---|
| 4 | Add the amounts on line 3, column (c), and enter the total  · · · · · · · · · · · · · · · · · · · · · · · | 4 | 7,666 |
| 5a | Enter the smaller of line 4 or $10,000  · · · · · · · · · · · · · · · · · · · · · · · · · · | 5a | 7,666 |
| b | For students who attended an eligible educational institution in the Gulf Opportunity Zone, enter the smaller of $10,000 or their qualified expenses included on line 4 (see special rules on page 3)  · · · | 5b | |
| c | Subtract line 5b from line 5a  · · · · · · · · · · · · · · · · · · · · · · · · · · · | 5c | 7,666 |
| 6a | Multiply line 5b by 40% (.40)  · · · · · · · · · · · · · · · · · · · · · · · · · · · | 6a | |
| b | Multiply line 5c by 20% (.20)  · · · · · · · · · · · · · · · · · · · · · · · · · · · | 6b | 1,533 |
| c | Tentative lifetime learning credit. Add lines 6a and 6b and go to Part III  · · · · · · · · · · · · ▶ | 6c | 1,533 |

### Part III   Allowable Education Credits

| | | |
|---|---|---|
| 7 | Tentative education credits. Add lines 2 and 6c  · · · · · · · · · · · · · · · · · · · · · | 7 | 1,533 |
| 8 | Enter: $107,000 if married filing jointly; $53,000 if single, head of household, or qualifying widow(er)  · · · · · · · · · · · · · · · · · · · · · | 8 | 53,000 | |
| 9 | Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 | 9 | 28,252 | |
| 10 | Subtract line 9 from line 8. If zero or less, stop; you cannot take any education credits  · · · · · · · · · · · · · · · · · · · · · · · · · | 10 | 24,748 | |
| 11 | Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er)  · · · · · · · · · · · · · · · · · · · | 11 | 10,000 | |
| 12 | If line 10 is equal to or more than line 11, enter the amount from line 7 on line 13 and go to line 14. If line 10 is less than line 11, divide line 10 by line 11. Enter the result as a decimal (rounded to at least three places)  · · · · · · · · · · · · · · · · · · · · · · | 12 | X |
| 13 | Multiply line 7 by line 12  · · · · · · · · · · · · · · · · · · · · · · · · · · · | 13 | 1,533 |
| 14 | Enter the amount from Form 1040, line 46, or Form 1040A, line 28  · · · · · · · · · · ▶ | 14 | 2,144 |
| 15 | Enter the total, if any, of your credits from Form 1040, lines 47 thru 49, or Form 1040A, lines 29 and 30  · · · · · · · · · · · · · · · · · · · · · · · · · · · | 15 | |
| 16 | Subtract line 15 from line 14. If zero or less, stop; you cannot take any education credits  · · · · | 16 | 2,144 |
| 17 | Education credits. Enter the smaller of line 13 or line 16 here and on Form 1040, line 50, or Form 1040A, line 31  · · · · · · · · · · · · · · · · · · · · · · ▶ | 17 | 1,533 |

\* If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see Pub. 970 for the amount to enter

For Paperwork Reduction Act Notice, see page 4.

Illinois Department of Revenue
**2005 Form IL-1040**
Individual Income Tax Return

tax.illinois.gov

or for fiscal year ending _____ / 0 6

**Step 1: Personal Information**

Do not write above this line.

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

JAIMEE E HIXSON

1527 BALMORAL AVENUE
WESTCHESTER, IL  60154



**C** Filing status (see instructions)
[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

**D** Check if you were a member of a professional athletic team during 2005 [ ]

**Step 2: Income**

| | | | |
|---|---|---|---|
| **1** | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | **1** | 28,252.00 |
| **2** | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | **2** | |
| **3** | Other additions to your income. Attach Schedule M. | **3** | |
| **4** | Add Lines 1 through 3. This is your total income. | **4** | 28,252.00 |

**Step 3: Base Income**

| | | | |
|---|---|---|---|
| **5** | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. Attach federal page 1. | **5** | |
| **6** | Military pay earned if included in Step 2, Line 1. Attach Schedule M. | **6** | |
| **7** | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | **7** | |
| **8** | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S.1040A, Schedule 1 | **8** | |
| **9** | Other subtractions to your income. Attach Schedule M. Check if Line 9 includes any amount from Schedule 1299-C [ ] | **9** | |
| **10** | Add Lines 5 through 9. This is the total of your subtractions. | **10** | |
| **11** | Subtract Line 10 from Line 4. This is your Illinois base income. | **11** | 28,252.00 |

**Step 4: Exemptions**

See instructions before completing Line 12.

| | | | |
|---|---|---|---|
| **12 a** | Number of exemptions from your federal return   1  X $2,000 | **a** | 2,000.00 |
| **b** | If someone else claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here.   ___ X $2,000 | **b** | |
| **c** | Check if 65 or older: [ ] You + [ ] Spouse = ___ X $1,000 | **c** | |
| **d** | Check if legally blind: [ ] You + [ ] Spouse = ___ X $1,000 | **d** | |
| | Add Lines a through d. This is your total Illinois exemption allowance. | **12** | 2,000.00 |

**Step 5: Net income**

| | | | |
|---|---|---|---|
| **13** | Residents only: Subtract Line 12 from Line 11. This is your net income. Skip Line 14. | **13** | 26,252.00 |
| **14** | Nonresidents and part-year residents only: Check the box that applies to you during the year 2005. [ ] Nonresident [ ] Part-year resident Illinois base income from Schedule NR. Attach Schedule NR. | **14** | |

**Step 6: Tax**

| | | | |
|---|---|---|---|
| **15** | Residents: Multiply Line 13 by 3% (.03). Write the result here. This is your tax. Nonresidents and part-year residents: Write the tax from Schedule NR. This amount may not be less than zero. | **15** | 788.00 |

IL-1040 page 1 (R-12/05)
ID: 3107

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.   IL-492-0095

Staple W-2 and 1099 forms here

Staple your check

16  Tax amount from Page 1, Step 6, Line 15 | 16 | 788.00

**Step 7: Payments and Credits**

17  Illinois Income Tax withheld. Attach W-2 and 1099 forms. | 17 | 764.00

18  Estimated payments from Forms IL-505-I and IL-1040-ES, including
overpayment applied from 2004 return | 18 | _____

| Nonresidents may not claim a credit on Lines 19, 20, or 21. The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16. |

19  Income tax paid to another state while an Illinois resident. Attach
Schedule CR and other states' returns. | 19 | _____

20  Illinois Property Tax credit. Complete PT Worksheet in instructions.
PT Worksheet Line 3 amount | 20a | _____
PT Worksheet Line 8 amount | 20b | _____

21  K-12 education expense credit. Complete ED Worksheet in instructions
or Schedule ED. Attach receipt or Schedule ED.
ED Worksheet or Schedule ED Line 1 amount | 21a | _____
ED Worksheet or Schedule ED Line 10 amount | 21b | _____

22  Earned Income Credit. Complete EIC Worksheet in instructions.
EIC Worksheet Line 1 amount | 22a | 440.00
EIC credit amount from the EIC Worksheet | 22b | 22.00
Check if you have a qualifying child (living with you) born after 12/31/87. ☐

23  Income tax credit amount from Schedule 1299-C. Attach Schedule 1299-C. | 23 | _____

24  Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. | 24 | 786.00

**Step 8: Overpayment or Tax Due**

25  If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment. | 25 | _____

26  If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due. | 26 | 2.00

**Step 9: Penalty**

27  Late-payment penalty for underpayment of estimated tax | 27 | _____

a  Check if you annualized your income on Form IL-2210, Step 6, or if you are
65 or older and permanently living in a nursing home. Attach Form IL-2210. ☐

b  Check if at least two-thirds of your federal gross income
is from farming ☐

**Step 10: Donations**  Any donation will reduce your refund or increase the amount you owe

28  Amount you wish to donate to one or more of the following voluntary contribution funds

Wildlife      a _____    Military Family   g _____   Sarcoidosis   m _____
Child Abuse   b _____    Lou Gehrig's      h _____   Autism        n _____
Alzheimer's   c _____    IL Veterans' Home i _____   Blindness     o _____
Homeless      d _____    Epilepsy          j _____   Pet Population p _____
Breast Cancer e _____    Diabetes          k _____   Brain Tumor   q _____
Multiple Sclerosis f _____ Colon Cancer     l _____
Add Lines a through q. This is your donations total. | 28 | _____

29  Add Line 27 and Line 28. This is your total penalty and donations. | 29 | _____

**Step 11: Refund or Amount You Owe**

30  If you have an overpayment on Line 25 and this amount is greater than
Line 29, subtract Line 29 from Line 25. | 30 | _____

31  Amount from Line 30 that you want applied to 2006 estimated tax | 31 | _____

32  Subtract Line 31 from Line 30. This is your refund. | 32 | _____

**Direct Deposit ➔**  33  Complete to direct deposit your refund
Routing number _____  ☐ Checking or  ☐ Savings
Account number _____

See instructions for payment options.

34  If you have tax due on Line 26, add Lines 26 and 29.  **or**
If you have an overpayment on Line 25 and this amount is less than Line 29,
subtract Line 25 from Line 29. This is the amount you owe. | 34 | 2.00

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Your signature _____  Date _____
Daytime phone number  708-344-2419

Your spouse's signature _____  Date _____

Paid preparer's signature _____  Date 02-23-2006
Preparer's phone number  773-237-2224
Preparer's FEIN, SSN, or PTIN  36-4222286

IL-1040 page 2 (R-12/05)

If no payment enclosed, mail to:  ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL  62719-0001

If payment enclosed, mail to:  ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL  62726-0001

ID: 3107

DR _____ AP _____   CA   ME   NS   PR   RR   RV   WA   IAP _____

# Form 1040    U.S. Individual Income Tax Return    2006    OMB No. 1545-0074

| Label | | | | |
|---|---|---|---|---|
| (See instructions on page 16.) | Your first name and initial | Last name | | Your social security number |
| | JAIMEE E | HIXSON | | 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 |
| Use the IRS label. | If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| Otherwise, please print or type. | Home address (number and street). If you have a P.O. box, see page 16. | | Apt. no. | ▲ You must enter your SSN(s) above. ▲ |
| | 1527 BALMORAL AVENUE | | | |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. | | | Checking a box below will not change your tax or refund. |
| | WESTCHESTER    IL    60154 | | | |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶    You    Spouse

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see page 17)

## Exemptions

If more than four dependents, see page 19.

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [ ] Spouse
c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 25,726 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a  8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23)  9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amount (see page 26) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a | b Taxable amount (see page 27) | 20b | 500 |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 26,226 |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853  23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ  24 | | |
| 25 | Health savings account deduction. Attach Form 8889  25 | | |
| 26 | Moving expenses. Attach Form 3903  26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE  27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans  28 | | |
| 29 | Self-employed health insurance deduction (see page 29)  29 | | |
| 30 | Penalty on early withdrawal of savings  30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶  31a | | |
| 32 | IRA deduction (see page 31)  32 | | |
| 33 | Student loan interest deduction (see page 33)  33 | | |
| 34 | Jury duty pay you gave to your employer  34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903  35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 26,226 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.    EEA    Form 1040 (2006)

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 26,226 |
| | 39a | Check { You were born before January 2, 1942, ☐ Blind. Total boxes<br>if: { Spouse was born before January 2, 1942, ☐ Blind. } checked ▶ 39a ☐ | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 34 & check here ▶ 39b ☐ | | | |
| | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 5,150 |
| ● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 41 | Subtract line 40 from line 38 | | 41 | 21,076 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | | 42 | 3,300 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 17,776 |
| ● All others: | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | 44 | 2,289 |
| Single or Married filing separately, $5,150 | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 | ▶ | 46 | 2,289 |
| Married filing jointly or Qualifying widow(er), $10,300 | 47 | Foreign tax credit. Attach Form 1116 if required | | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| Head of household, $7,550 | 50 | Education credits. Attach Form 8863 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ▶ | 57 | 2,289 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** | ▶ | 63 | 2,289 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 2,504 | FORM 1099 |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | | |
| | 66a | **Earned income credit (EIC)** | 66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** | ▶ | 72 | 2,504 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | | 73 | 215 |
| Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | 215 |
| | b | Routing number ☒☒☒☒☒☒☒☒☒ ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number ☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒ | | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 | ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 62) | 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 63)? | | ☐ Yes. Complete the following. | ☒ No |
| | | Designee's name     Phone no.     Personal identification number (PIN) | | | |

**Sign Here**
Joint return?
See page 17.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | CSR TEACHER | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | 708-344-2419 |

**Paid Preparer's Use Only**

| Preparer's signature | Date 02-24-2007 | Check if self-employed ☒ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | CANCERS ACCOUNTING SERVICES | | EIN 36-4222286 |
| | 1542 N MONITOR | | |
| | CHICAGO     IL    60651 | Phone no. 773-237-8252 | |

EEA

Form 1040 (2006)

Illinois Department of Revenue
**2006 Form IL-1040**
Individual Income Tax Return

tax.illinois.gov

or for fiscal year ending _____ / 07

**Step 1: Personal Information**

Do not write above this line.

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

JAIMEE E HIXSON

1527 BALMORAL AVENUE
WESTCHESTER, IL   60154



**C** Filing status (see instructions)
[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

**Step 2: Income**

1 Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or
  U.S. 1040EZ, Line 4                                                                              1 _____ 26,226

2 Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b;
  or U.S. 1040EZ                                                                                   2 _____

3 Other additions to your income. **Attach Schedule M.**                                          3 _____

4 Add Lines 1 through 3.  This is your total income.                                              4 _____ 26,226

**Step 3: Base Income**

Staple
W-2
and
1099
forms
here

5 Income received from Social Security benefits and certain retirement plans
  if included in Step 2, Line 1. **Attach federal page 1.**                       5 _____

6 Military pay earned if included in Step 2, Line 1. **Attach military W-2.**      6 _____

7 Illinois Income Tax overpayment included in U.S. 1040, Line 10                   7 _____

8 U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency
  interest from U.S. 1040, Schedule B, or U.S.1040A, Schedule 1                    8 _____

9 Other subtractions to your income.  **Attach Schedule M.**                      9 _____
  Check if Line 9 includes any amount from Schedule 1299-C   [ ]

10 Add Lines 5 through 9.  This is the total of your subtractions.                               10 _____

11 Subtract Line 10 from Line 4.  This is your Illinois base income.                             11 _____ 26,226

**Step 4: Exemptions**

See
instructions
before
completing
Line 12.

12 a Number of exemptions from your federal return                    1  X $2,000  a  _____ 2,000

   b if someone else claimed you or your spouse as a dependent on
     their return, see instructions to figure the number to write here.   X $2,000  b  _____

   c Check if 65 or older:   [ ] You +  [ ] Spouse  =  ___ X $2,000  c  _____

   d Check if legally blind:  [ ] You +  [ ] Spouse  =  ___ X $1,000  d  _____
                                                           X $1,000
     Add Lines a through d.  This is your total Illinois exemption allowance.        12 _____ 2,000

**Step 5: Net Income**

13 **Residents only:** Subtract Line 12 from Line 11.  This is your net income. Skip Line 14.    13 _____ 24,226

14 **Nonresidents and part-year residents only:**
   Check the box that applies to you during the year 2006.   [ ] Nonresident   [ ] Part-year resident, and
   write the Illinois base income from Schedule NR. **Attach Schedule NR.**           14 _____

**Step 6: Tax**

15 **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your tax.
   **Nonresidents and part-year residents:** Write the tax from Schedule NR.
   **This amount may not be less than zero.**                                                   15 _____ 727

Staple
your
check

IL-1040 page 1 (R-12/06)
ID: 3107

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to
provide information could result in a penalty.  This form has been approved by the Forms Management Center.  IL-492-0065

## Step 7: Payments and Credits

17 Illinois Income Tax withheld. Attach W-2 and 1099 forms.    17 _____ 711

18 Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from 2005 return    18 _____

19 Income tax paid to another state while an Illinois resident. Attach Schedule CR and other states' returns.    19 _____

20 Illinois Property Tax credit. Complete PT Worksheet in instructions.
PT Worksheet Line 3 amount   20a _____
PT Worksheet Line 8 amount    20b _____

21 K-12 education expense credit. Complete ED Worksheet in instructions or Schedule ED. Attach receipt or Schedule ED.
ED Worksheet or Schedule ED Line 1 amount   21a _____
ED Worksheet or Schedule ED Line 10 amount    21b _____

22 Earned Income Credit. Complete EIC Worksheet in instructions.
EIC Worksheet Line 1 amount   22a _____
EIC credit amount from the EIC Worksheet    22b _____
Check if you have a qualifying child (living with you) born after 12/31/88. ☐

23 Income tax credit amount from Schedule 1299-C. Attach Schedule 1299-C.    23 _____

24 Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits.    24 _____ 711

## Step 8: Overpayment or Tax Due

25 If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment.    25 _____

26 If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due.    26 _____ 16

## Step 9: Penalty

27 Late-payment penalty for underpayment of estimated tax    27 _____
a Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. Attach Form IL-2210. ☐
b Check if at least two-thirds of your federal gross income is from farming . . . . . . . . . . . . . . . . . . . ☐

## Step 10: Donations

Any donation will reduce your refund or increase the amount you owe

28 Amount you wish to donate to one or more of the following voluntary contribution funds:

Wildlife   a _____   Multiple Sclerosis   f _____   Pet Population   k _____
Child Abuse   b _____   Military Family   g _____   Energy Assistance   l _____
Alzheimer's   c _____   Lou Gehrig's   h _____   Heartsaver AED   m _____
Homeless   d _____   IL Veterans' Home   i _____
Breast Cancer   e _____   Diabetes   j _____

Add Lines a through m. This is your donations total.    28 _____

29 Add Line 27 and Line 28. This is your total penalty and donations.    29 _____

## Step 11: Refund or Amount You Owe

30 If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25.    30 _____

31 Amount from Line 30 that you want applied to 2007 estimated tax    31 _____

32 Subtract Line 31 from Line 30. This is your refund.    32 _____

**Direct Deposit ➔** 33 Complete to direct deposit your refund
Routing number _____
Account number _____ ☐ Checking or ☐ Savings

34 If you have tax due on Line 26, add Lines 26 and 29. **or** If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the amount you owe.    34 _____ 16

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Your signature _____ Date _____   Daytime phone number 708-344-2419   Your spouse's signature _____ Date _____

Paid preparer's signature _____ Date 02-24-2007   Preparer's phone number 773-237-8252   Preparer's FEIN, SSN, or PTIN 36-4222286

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

IL-1040 page 2 (R-12/06)

ID: 3107

DR _____ AP _____ CA DE EL EV LP ME MO PR RM RR TT TV WA WT WV ZZ

---

**Side note box (left margin):**

Nonresidents may not claim a credit on Lines 19, 20, or 21.

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

Form **1040** U.S. Individual Income Tax Return **2007** IRS Use Only-Do not write or staple in this space.

| Label | | | | |
|---|---|---|---|---|
| (See instructions on page 12.) | For the year Jan. 1-Dec. 31, 2007, or other tax year beginning | | 2007 ending | 20 | OMB No. 1545-0074 |

| | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | JAIMEE E | HIXSON -AUSTIN | 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 |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 12. | Apt. no.

**232 FENWOOD LN**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.

**Hillside           IL   60162-1711**

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ► ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

| | | | | | Boxes checked on 6a and 6b | 1 |
|---|---|---|---|---|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 15) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 16)
Dependents on 6c not entered above

If more than four dependents, see page 15.

d Total number of exemptions claimed

Add numbers on lines above ► | 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 45,469 |
| 8a | Taxable interest. Attach Schedule B if required | **8a** | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** | |
| b | Qualified dividends (see page 19) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | **10** | |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | |
| 15a | IRA distributions | 15a | | b Taxable amount (see page 21) | **15b** | |
| 16a | Pensions and annuities | 16a | 7,220 | b Taxable amount (see page 22) | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation | **19** | |
| 20a | Social security benefits | 20a | | b Taxable amount (see page 24) | **20b** | |
| 21 | Other income. | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | **22** | 45,469 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ► | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | **36** | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | **37** | 45,469 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.

FEA

Form 1040 (2007)

| | |
|---|---|
| | 3,[illegible] |
| | 36,719 |
| | 5,605 |
| | |
| | 5,605 |

**Other Taxes**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 59 | [illegible] | | | | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | [illegible] | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | | 61 | |
| 62 | Household employment taxes. Attach Schedule H | | | 62 | |
| 63 | Add lines 57 through 62. This is your **total tax** | | | 63 | 3,605 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 4,180 | | |
| 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | | | |
| 66a | **Earned income credit (EIC)** | 66a | | | |
| b | Nontaxable combat pay election ▶ 66b | | | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | | | |
| 69 | Amount paid with request for extension to file (see page 59) | 69 | | | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** | | | 72 | 4,180 |

**Refund**

Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888.

| Line | Description | Line | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 575 |
| 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 575 |
| ▶ b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number XXXXXXXXXXXXXXXXX | | |
| 75 | Amount of line 73 you want **applied to your 2008 estimated tax** ▶ 75 | | |

**Amount You Owe**

| Line | Description | Line | Amount |
|---|---|---|---|
| 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | |
| 77 | Estimated tax penalty (see page 61) 77 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Joint return? See page 13. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | 708-344-2419

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date 02-16-2008 | Check if self-employed ☒ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ CANCERS ACCOUNTING SERVICES
1542 N MONITOR
CHICAGO IL 60651

EIN 36-4222286

Phone no. (773)-237-8252

EEA

Form **1040** (2007)